UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRISCILLA LEFEBURE,<br>*Plaintiff*<br><br>VERSUS<br><br>BARRETT BOEKER, et al.<br>*Defendants* | CIVIL CASE NO.: 3:17-cv-01791-SDD-EWD |

### *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

NOW INTO COURT, comes the undersigned, who moves pursuant to LR 7(c) and 7(e) that John Adcock be allowed to withdraw as counsel of record for plaintiff in the above-captioned matter.

Jack Rutherford, current counsel for Plaintiff, shall remain enrolled as counsel for Plaintiff. Hence, Plaintiff will suffer no prejudice from Mr. Adcock's withdrawal.

On June 1, 2020, the United States Court of Appeals for the Fifth Circuit granted Mr. Adcock's motion to withdraw as counsel for Plaintiff on appeal.

WHEREFORE, the undersigned respectfully requests that this Court grant the Motion and allow John Adcock to withdraw as Counsel of Record for Plaintiff.

2

Filed:  June 1, 2020.

                                                Respectfully submitted,

                                                */s/ John Adcock*
                                                John Adcock
                                                La. Bar No. 30372
                                                ADCOCK LAW LLC
                                                3110 Canal St.
                                                New Orleans, LA 70119
                                                T:  (504) 233-3125
                                                Email:  jnadcock@gmail.com