UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRISCILLA LEFEBURE | CIVIL ACTION NO.: 3:17-CV-1791 |
| VERSUS | JUDGE deGRAVELLES |
| BARRETT BOEKER, ET AL | MAGISTRATE WILDER-DOOMES |

**MOTION TO SUBSTITUE AND ENROLL AS CO-COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come defendants, former West Feliciana Parish Sheriff J. Austin Daniel and Princeton Excess and Surplus Lines Insurance Company, who respectfully request that Blake J. Arcuri (#32322), Laura C. Rodrigue (#30428) and Jason P. Wixom (#32273) with the Law Firm of Frosch, Rodrigue, Arcuri, LLC (**successor to Usry & Weeks, PLC**), be enrolled as Co-Counsel of Record in substitution of T. Allen Usry (#12988) and James B. Mullaly (#28296); and that T. Allen Usry and James B. Mullaly be allowed to withdraw as co-counsel of record for defendants in the above captioned matter. Pursuant to Local Rule 83(B)(13), both the withdrawing counsel and substituted counsel have signed this pleading

**WHEREFORE**, the foregoing being considered, defendants pray that this Motion to Substitute and Enroll as Co-Counsel of Record be granted, and that Blake J. Arcuri (#32322), Laura C. Rodrigue (#30428) and Jason P. Wixom (#32273) be enrolled as Co-Counsel of record and that T. Allen Usry (#12988) and James B. Mullaly (#28296) be allowed to withdraw as co-counsel in the above captioned matter

*~ Signatures on next page ~*

Respectfully submitted,

FROSCH, RODRIGUE, ARCURI, LLC

*By: s/Blake J. Arcuri*
Blake J. Arcuri (#32322)
Laura C. Rodrigue (#30428)
Jason P. Wixom (#32273)
1615 Poydras Street, Suite 1250
New Orleans, LA 70112
Tel: (504) 592-4600
Fax: (504) 592-4641
*Counsel for Defendants*

and

*By: s/James B. Mullaly*_____
James B. "Jim" Mullaly (#28296)
Mullaly & Associates
7925 Nelson Street
New Orleans, LA 70125
Tel: (504) 635-8385

*By: s/T. Allen Usry*
T. Allen Usry (#12988)
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
Tel. (504) 495-2651

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

         *s/ Blake J. Arcuri*_____