UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRISCILLA LEFEBURE | CIVIL ACTION NO.: 3:17-CV-1791 |
| VERSUS | JUDGE deGRAVELLES |
| BARRETT BOEKER, ET AL | MAGISTRATE WILDER-DOOMES |

**ORDER**

Considering the foregoing,

IT IS HEREBY ORDERED that the Motion to Substitute and Enroll Co-Counsel of Record is granted, and that Blake J. Arcuri (#32322), Laura C. Rodrigue (#30428) and Jason P. Wixom (#32273)) of the Law Firm of Frosch, Rodrigue, Arcuri, LLC, are hereby enrolled as Co-Counsel of Record for the defendants, former Sheriff J. Austin Daniel and Princeton Excess and Surplus Lines Insurance Company; and

IT IS FURTHER ORDERED that T. Allen Usry and James B. Mullaly are withdrawn as counsel of record for defendants, former Sheriff J. Austin Daniel and Princeton Excess and Surplus Lines Insurance Company, in the captioned matter.

THUS, DONE AND SIGNED on this the _____ day of _____, 2021, BATON ROUGE, LOUISIANA.

_____
UNITED STATES MAGISTRATE JUDGE