## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE** | **CIVIL ACTION** |
| | **NUMBER: 3:17-cv-01791-SDD-EWD** |
| **VERSUS** | **JUDGE: SHELLY D. DICK** |
| **BARRETT BOEKER, ET AL.** | **MAGISTRATE JUDGE:**<br>**ERIN WILDER-DOOMES** |

## MOTION TO WITHDRAW AS COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes defendant, Barrett Boeker with respect to the § 1983 and § 1985 conspiracy claims asserted against him, who respectfully moves this Court for an Order withdrawing Ashley M. Caruso (Bar Roll #37062) as counsel of record for Defendant with Lee J. Ledet (Bar Roll # 33237) remaining enrolled as counsel of record for Defendant.

**WHEREFORE,** Defendant prays that an Order be issued withdrawing Ashley M. Caruso as counsel of record for Defendant.

                              Respectfully submitted,
                              **JEFF LANDRY**
                              **ATTORNEY GENERAL**

BY:   */s/Lee J. Ledet*
          LEE J. LEDET (#33237)
          Special Assistant Attorney General

          */s/Ashley M. Caruso*
          ASHLEY M. CARUSO (#37062)

          ERLINGSON BANKS, PLLC
          One American Place
          301 Main Street, Suite 2110
          Baton Rouge, Louisiana 70801
          Telephone: (225) 218-4446

Fax: (225) 246-2876
lledet@erlingsonbanks.com
*Attorney for Barrett Boeker with respect to the § 1983 and § 1985 conspiracy claims asserted against him*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to counsel of record.

Baton Rouge, Louisiana, this 26th day of May 2022.

*/s/Lee J. Ledet*
Lee J. Ledet
Special Assistant Attorney General
*Attorney for Barrett Boeker with respect to the § 1983 and § 1985 conspiracy claims asserted against him*