UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE** | **CIVIL ACTION** |
| | **NUMBER: 3:17-cv-01791-SDD-EWD** |
| **VERSUS** | |
| | **JUDGE: SHELLY D. DICK** |
| **BARRETT BOEKER, ET AL.** | **MAGISTRATE JUDGE:**<br>**ERIN WILDER-DOOMES** |

## O R D E R

Considering the foregoing *Motion to Withdraw as Counsel* filed by defendant, Barrett Boeker with respect to the § 1983 and § 1985 conspiracy claims asserted against him;

**IT IS ORDERED** that this motion is hereby **GRANTED** and that Ashley M. Caruso is hereby withdrawn as counsel of record for Defendant, with Lee J. Ledet remaining as counsel of record for Defendant.

**THUS, DONE AND SIGNED** at Baton Rouge, Louisiana, this _____ day of May, 2022.

_____
**HON. ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**