UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE                                                    CIVIL ACTION

VERSUS

BARRETT BOEKER, ET AL.                                        NO. 17-01791-BAJ-EWD

### AMENDED SCHEDULING ORDER

Considering the Court's March 31, 2023 Ruling and Order which dismissed Plaintiff's claims against Sheriff J. Austin Daniel with prejudice, leaving only Plaintiff's claims against Defendant Barrett Boeker for civil conspiracy under 42 U.S.C. § 1985 and state law tort claims for intentional infliction of emotional distress, assault, battery, false imprisonment, rape, and sexual battery as set for trial,

**IT IS ORDERED** that the stay in the above-captioned matter is **LIFTED.**

**IT IS FURTHER ORDERED** that an on-the-record status conference is **SET** for Monday, April, 24, 2023 at 10:00 A.M. in Courtroom 2. All remaining Parties, including Defendant Barret Boeker, who is currently representing himself in connection with the state law claims against him, are required to attend.

**IT IS FURTHER ORDERED** that the August 31, 2022 Scheduling Order (Doc. 142) be and is hereby **AMENDED** as follows:

1. Deadline to join other parties or to file a motion for leave to amend the pleadings: **EXPIRED**.

2. Deadline to complete fact discovery: **EXPIRED**.

3. Deadline to complete expert discovery: **April 30, 2023**.

4. Deadline to file dispositive motions and Daubert motions: **May 15, 2023**.

JURY

5. Deadline to file proposed joint pretrial order: **June 16, 2023**.

6. Deadline to file an affidavit of settlement efforts: **June 21, 2023**.

7. Pre-trial conference date: **June 28, 2023 at 1:30 p.m.**

    The pre-trial conference shall occur **in Courtroom 2**.

8. Deadline to file motions in limine: **June 30, 2023**. Responses to motions in limine shall be filed by **July 7, 2023**.

    Motions in limine are **disfavored**. The parties must confer in advance of filing any motions in limine in an attempt to resolve any such issue. Should a motion be necessary, the filing party must include a certification that he has conferred in a good faith effort to resolve the issue and was unable to reach an agreement.

9. A 3-day **jury** trial is scheduled for **July 26–28, 2023**, beginning each day at for 8:30 a.m., in Courtroom 2.

**IT IS FURTHER ORDERED** that Attorney Lee Ledet, who is currently representing Defendant Barrett Boeker in connection with the federal civil conspiracy claim, shall ensure that Defendant Barrett Boeker is served with a copy of this Order.

Baton Rouge, Louisiana, this 4th day of April, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA