UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRISCILLA LEFEBURE,<br>*Plaintiff*<br><br>VERSUS<br><br>BARRETT BOEKER, et al.<br>*Defendants* | CIVIL CASE NO.: 3:17-cv-01791-BAJ-EWD<br><br>JUDGE BRIAN A. JACKSON<br><br>MAG. JUDGE ERIN WILDER-DOOMES |

### NOTICE OF APPEAL FILED ON BEHALF OF PLAINTIFF, PRISCILLA LEFEBURE

**Please take notice** that Plaintiff, Priscilla Lefebure, herby appeals to the United States Court of Appeals for the Fifth Circuit from the Ruling and Order (Rec. Doc.156) ("Ruling") dated March 31, 2023, of the United States District Judge Brian A. Jackson granting Defendant Sheriff J. Austin Daniel's ("Sheriff Daniel") Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (Rec. Doc. 130) and dismissing Plaintiff's claims against Sheriff Daniel with prejudice for lack of subject matter jurisdiction. Plaintiff further appeals the Ruling's denial of Plaintiff's leave to amend her petition to cure any defect.

Dated: 4/21/23

*/s/Jessica L. Orgeron*
Jessica L. Orgeron, Bar No. 32623
Jack G. Rutherford, Bar No. 34968
Rutherford Law PC
900 Camp St.
New Orleans, Louisiana 70130
(504) 500-8118
jgr@rfordlaw.com
jess@rfordlaw.com
Counsel for Plaintiff Priscilla Lefebure

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21th day of April, 2023 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for electronic service.

*/s/ Jessica L. Orgeron*