UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE            CIVIL ACTION

VERSUS            NO. 3:17-CV-01791-BAJ-EWD

BARRETT BOEKER, ET AL.

### AFFIDAVIT OF SETTLEMENT EFFORTS

STATE OF LOUISIANA

PARISH OF WEST FELICIANA

NOW BEFORE ME, Notary Public, came and appeared:

### LEE J. LEDET

Who declared under the penalty of perjury as follows:

1. I serve as Special Assistant Attorney General and I am enrolled as counsel of record for Defendant Barrett Boeker in connection with the § 1983 and § 1985 civil conspiracy claims.

2. On January 10, 2020, Plaintiff submitted a global settlement demand to all current and former defendants named in this lawsuit during a U.S. Fifth Circuit Mediation Program mediation that was conducted at the United States Fifth Circuit Court of Appeal on January 10, 2020.

3. The Fifth Circuit mediation was conducted while DA Sam D'Aquilla's appeal of the order denying his Rule 12(b)(6) motion to dismiss was pending at the Fifth Circuit.

4. The Fifth Circuit mediation was unsuccessful.

5. Undersigned counsel for Barrett Boeker [in conjunction with the civil conspiracy claims] obtained monetary settlement authority to contribute toward global settlement.

6. In 2020, following the Fifth Circuit mediation, Mr. Boeker [in conjunction with the civil conspiracy claim] conveyed the full amount of settlement authority obtained.

7. Plaintiff rejected Mr. Boeker's settlement offer to resolve the civil conspiracy claims.

8. Plaintiff did not submit a counteroffer to Mr. Boeker in connection with the civil conspiracy claims.

9. Since 2020, Plaintiff has not made a settlement demand to Mr. Boeker in connection with the civil conspiracy claims.

10. Currently, there are no ongoing negotiations to resolve the civil conspiracy claims against Mr. Boeker, and none are likely to be productive unless Plaintiff accepts Mr. Boeker's settlement offer.

LEE J. LEDET (#33237)
Special Assistant Attorney General
*Attorney for Barrett Boeker*
*[in connection with the §§ 1983 and 1985 conspiracy claims]*

**SWORN TO AND SUBSCRIBED** before me, Notary Public, on this 21st day of June 2023.

Stewart B. Hughes
Notary Public

STEWART B. HUGHES
NOTARY PUBLIC
NOTARY # 90082
STATE OF LOUISIANA
My Commission is For Life.