# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRISCILLA LEFEBURE** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 3:17-cv-01791-BAJ-EWD** |
| **VERSUS** | * | |
| | * | |
| **BARRETT BOEKER, et al.** | * | **JUDGE BRIAN A. JACKSON** |
| **Defendants** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **ERIN WILDER-DOOMES** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF SETTLEMENT EFFORTS

I, Jack Griffith Rutherford, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.       I am an attorney duly licensed to practice law in the States of California and Louisiana. I am the founding partner at Rutherford Law PC, counsel for Plaintiff Priscilla Lefebure. I make this declaration under oath and penalty of perjury.

2.       I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto.

3.       On January 10, 2020, Plaintiff submitted a global settlement demand to all current and former defendants named in this lawsuit during a U.S. Fifth Circuit Mediation Program mediation that was conducted at the United States Fifth Circuit Court of Appeal on January 10, 2020.

4.       The Fifth Circuit mediation was conducted while District Attorney Sam D'Aquilla's appeal of the order denying his Rule 12(b)(6) motion to dismiss was pending at the Fifth Circuit. The Fifth Circuit mediation was unsuccessful.

5.      Plaintiff's counsel has engaged in at least one good faith settlement conversation with counsel for Mr. Boeker in his official capacity.

6.      Plaintiff was unfortunately unhappy with the settlement authority Boeker's counsel was able to obtain and further talks were not considered fruitful given the ground between the two sides and their amounts for settling the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this June 21, 2023, in Los Angeles, CA.

DATE: June 21, 2023

Jack Griffith Rutherford, La. Bar No. 34968
RUTHERFORD LAW PC
900 Camp Street
New Orleans, LA 70130
Telephone:      (415) 794-5639
Email:          jgr@rfordlaw.com
**Counsel for Plaintiff Priscilla Lefebure**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this **21st day of June 2023**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for electronic service.

*/s/ Jack G. Rutherford*