**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**PRISCILLA LEFEBURE**  CIVIL ACTION

  NO. 3:17-CV-01791-BAJ-EWD

**VERSUS**

**BARRETT BOEKER, ET AL.**

## NOTICE OF COMPLIANCE

**NOW COMES**, counsel for Defendant Barrett Boeker [in connection with the federal civil conspiracy claim] in the above entitled and numbered cause, who, in compliance with this Court's Order dated July 28, 2023, record document number 195, states and attests to the following:

1.

On July 28, 2023, this Honorable Court ordered Defendant Barrett Boeker to produce certain documents identified in the order as item nos. 1-5 by August 4, 2023. [Rec.doc.no. 195]

2.

Counsel for Barrett Boeker (in connection with the civil conspiracy claims) hereby respectfully submits and attests that he has, on this date, produced the following documents within his possession, custody, and/or control in compliance with this Honorable Court's Order:

1) CONFIDENTIAL Boeker LSP No. 1 [BoekerLSP-000001 – 000626]
2) CONFIDENTIAL Boeker LSP No. 2 [BoekerLSP-000627 – 001294]

3.

The foregoing documentation constitutes all documents within counsel's possession, custody and control responsive to the Court's order.

**WHEREAS**, undersigned counsel for Defendant Barrett Boeker [in connection with the federal civil conspiracy claim], prays that the foregoing *Notice of Compliance* be deemed good

1

and sufficient.

                                                        Respectfully Submitted:

                                                        **JEFF LANDRY**
                                                        **ATTORNEY GENERAL**

BY: _____
                                LEE J. LEDET (#33237)
                                Special Assistant Attorney General

                                LEDET LAW GROUP, LLC
                                4783 Johnson Street
                                Post Office Drawer 610
                                St. Francisville, Louisiana 70775
                                Telephone: (225) 635-3291
                                Fax: (225) 635-3292
                                lee@ledetlawgroup.com
                                *Attorney for Barrett Boeker [in connection with the § 1985 conspiracy claim]*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the of the court's electronic filing system.

    St. Francisville, Louisiana, this 4th day of August 2023

                                          _____
                                              Lee J. Ledet (33237)
                                        Special Assistant Attorney General
                  *Attorney for Barrett Boeker [in connection with the § 1985 conspiracy claim]*