# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

PRESCILLA LEFEBURE

CIVIL ACTION NO. 17-1791-SDD-EWD

VERSUS

BARRETT BOEKER, ET AL

---

### DEFENDANT, BARRETT BOEKER'S MOTION TO CONTINUE STATUS CONFERENCE

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Barrett L. Boeker, who respectfully moves this Honorable Court to continue status conference currently set in this matter for November 6, 2023, at 1:15 p.m., for the following reasons.

1.

On November 6, 2023, the undersigned counsel is scheduled for oral argument at the United States Court of Appeals, Fifth Circuit, in the matter of *Nakenia Johnson v. Iberia Medical Center*, Docket No. 23-30159. See attached Exhibit A – notice of oral argument.

Accordingly, the Defendant, Barrett L. Boeker, respectfully requests that this Honorable Court continue the status conference currently set for November 6, 2023, at 1:15 p.m. Additionally, the undersigned counsel's availability for the status conference is as follows: November 7, 2023 – November 10, 2023.

Respectfully Submitted,

**SMITH LAW FIRM**

*/s/ Mike Jefferson*
MICHAEL J. JEFFERSON
ATTORNEY AT LAW

*/s/ J. Arthur Smith, III*
J. Arthur Smith, III
La. Bar Roll No. 07730

1

La. Bar Roll No. 22430
P.O. Box 1906
Baton Rouge, LA 70821-1906
mjefferson@mjjefferson.com

830 North Street
Baton Rouge, La 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
jasmith@jarthursmith.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25<u>th</u> day of October 2023, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

<u>   /s/ J. Arthur Smith, III   </u>
J. Arthur Smith, III