UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESCILLA LEFEBURE** <br><br> **VERSUS** <br><br> **BARRETT BOEKER, ET AL** | **CIVIL ACTION NO. 17-1791-SDD-EWD** |

## ORDER

**HAVING CONSIDERED** the foregoing Defendant, Barrett Boeker's Motion to Continue Status Conference;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that a status conference will be held on _____, 2023 at _____ a.m./p.m.

Baton Rouge, Louisiana, this \_\_\_\_\_ day of October, 2023.

_____
HONORABLE BRIAN JACKSON
United States District Judge
Middle District of Louisiana