UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRISCILLA LEFEBURE, | | CIVIL CASE NO.: 3:17-cv-01791-BAJ-EWD |
| | *Plaintiff* | |
| VERSUS | | JUDGE BRIAN A. JACKSON |
| | | MAGISTRATE JUDGE ERIN WILDER-DOOMES |
| BARRETT BOEKER, et al. | | |
| | *Defendants* | |

## JOINT PROPOSED DISCOVERY SCHEDULE

Pursuant to this Court's November 7, 2023, status conference and order, the parties met and conferred on November 20, 2023, and hereby collectively and respectfully submit the following proposed discovery schedule:

January 8, 2024    Initial Disclosures

March 1, 2024    Discovery Complete

March 8, 2024    Dispositive Motions

April 10, 2024    Joint Proposed Pre-Trial Order

April 12, 2024    Affidavit of Settlement Efforts

April 24, 2024    Motions in Limine

The Court previously set the pre-trial conference for April 18, 2024. Trial is set to start May 28, 2024.

Respectfully submitted,


Attorneys for the Plaintiff Priscilla Lefebure


/s/ Jack G. Rutherford
Jack G. Rutherford, La. Bar No. 34968
Jessica L. Orgeron, La. Bar No. 32623
RUTHERFORD LAW PC
900 Camp Street
New Orleans, LA 70130
Telephone: (415) 794-5639
Email: jgr@rfordlaw.com
        jess@rfordlaw.com


Attorneys for Defendant Barrett Boeker

/s/ Mike Jefferson
MICHAEL J. JEFFERSON
ATTORNEY AT LAW
La. Bar Roll No. 22430
P.O. Box 1906
Baton Rouge, LA 70821-1906
mjefferson@mjjefferson.com

/s/ J. Arthur Smith, III
J. Arthur Smith, III
La. Bar Roll No. 07730
830 North Street
Baton Rouge, La 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
jasmith@jarthursmith.com


## CERTIFICATE OF SERVICE

I hereby certify that on this **21st** day of **November 2023**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for electronic service.


/s/ Jack G. Rutherford