UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE                    CIVIL ACTION NO.: 3:17-cv-1791

VERSUS                                JUDGE BRIAN A. JACKSON

BARRETT BOEKER, et al.                MAG. JUDGE ERIN WILDER-DOOMES

**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(1)**

**NOW INTO COURT,** through undersigned counsel, comes Princeton Excess and Surplus Lines Insurance Company ("Princeton"), the alleged excess insurance carrier of former defendant Sheriff J. Austin Daniel, who, pursuant to Fed. R. Civ. P. 12(b)(1), moves for its dismissal for want of subject matter jurisdiction. As more fully outlined in the accompanying memorandum in support, this Court previously determined Plaintiff lacked standing to bring her claims against Sheriff J. Austin Daniel and, consequently, this Court lacked subject matter jurisdiction under Article III of the U.S. Constitution over Plaintiff's claims against the Sheriff. Plaintiff has not alleged Princeton committed any wrongful acts against her and has been named solely as the alleged insurer of Sheriff J. Austin Daniel. Given this Court's lack of subject matter jurisdiction over Sheriff J. Austin Daniel and absent any claims of wrongdoing against Princeton, it follows that Princeton must also be dismissed for lack of subject matter jurisdiction.

**WHEREFORE,** Princeton Excess and Surplus Lines Insurance Company submits that this motion should be looked upon favorably and granted, and that it be dismissed as a party to this action due to this Court's lack of subject matter jurisdiction over it.

Respectfully submitted,

FROSCH, RODRIGUE, ARCURI LLC

 s/ *Jason P. Wixom*
BLAKE J. ARCURI (LSBN #32322)
LAURA C. RODRIGUE (LSBN #30428)
JASON P. WIXOM (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel:  (504) 592-4600 Fax: (504) 592-4641
COUNSEL FOR DEFENDANT
Email: barcuri@fralawfirm.com
            lrodrigue@fralawfirm.com
            jwixom@fralawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

 s/ *Jason P. Wixom*
JASON P. WIXOM