UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESCILLA LEFEBURE<br><br>VERSUS<br><br>BARRETT BOEKER, ET AL | CIVIL ACTION NO. 17-1791-SDD-EWD |

**DEFENDANT BARRETT BOEKER'S MOTION TO ENROLL COUNSEL OF RECORD**

     **NOW INTO COURT,** through undersigned counsel, comes Defendant, Barrett Boeker respectfully providing notice to this Court that he desires Simone R. Nugent, of SMITH LAW FIRM, 830 North Street, Baton Rouge, Louisiana 70802, as his co-counsel and that Simone R. Nugent, wishes to enroll as co-counsel of record in this matter.

                                                  Respectfully Submitted,

                                                  **SMITH LAW FIRM**

                                                  */s/ Simone R. Nugent*
                                                  Simone R. Nugent
                                                  La. Bar Roll No. 34409
                                                  830 North Street
                                                  Baton Rouge, La 70802
                                                  Telephone (225) 383-7716
                                                  Facsimile (225) 383-7773
                                                  snugent@jarthursmith.com

                                                  */s/ J. Arthur Smith, III*
                                                  J. Arthur Smith, III
                                                  La. Bar Roll No. 07730
                                                  830 North Street
                                                  Baton Rouge, La 70802
                                                  Telephone (225) 383-7716
                                                  Facsimile (225) 383-7773

jasmith@jarthursmith.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

*/s/ J. Arthur Smith, III*
J. Arthur Smith, III