UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE                                          CIVIL ACTION

VERSUS

BARRETT BOEKER, ET AL.                                  NO. 17-01791-BAJ-EWD

ORDER

Considering Plaintiff Priscilla Lefebure's **Unopposed Motion To Continue Trial and Related Deadlines (Doc. 250)** and for good cause shown,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The trial of this matter, currently to begin July 15, 2024, be and is hereby **CONTINUED**. The deadlines set forth in the Court's December 5, 2023 Amended Scheduling Order (Doc. 229) be and are hereby **CONTINUED**.

**IT IS FURTHER ORDERED** that within 10 days, the parties shall meet and confer regarding the following options for trial and pretrial conference dates and notify the Court of their selection:

- **Trial**
    - June 10 – 13, 2024
    - June 17 – 20, 2024
    - June 24 – 28, 2024
    - July 29 – August 1, 2024
    - September 16 – 19, 2024

jury

- o   September 23 – 26, 2024

- **Pretrial Conference**

    - o   For the June trial dates:

        - May 16, 2024, at 9:30 A.M.
        - May 23, 2024, at 9:30 A.M.
        - May 29, 2024, at 9:30 A.M.

    - o   For the July, August, and September trial dates:

        - Any of June 17 – 20, 2024, at 9:30 A.M.
        - Any of June 25 – 28, 2024, at 9:30 A.M.

Once the parties notify the Court, a scheduling order adopting the parties' selections and setting related deadlines will issue.

Baton Rouge, Louisiana, this 10th day of April, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**