UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE                                      CIVIL ACTION

VERSUS

BARRETT BOEKER, ET AL.                                  NO. 17-01791-BAJ-EWD

### ORDER

On April 10, 2024, the Court issued an Order (Doc. 251) granting Plaintiff's Motion to Continue Trial and Pre-Trial Deadlines and giving the parties six options for trial dates over the coming five months. Now, Defendant Barrett Boeker's counsel has communicated to the Court that he is unavailable for each of the Court's proposed dates and requests a status conference to choose a different date. (*See* Attached Fax Communication). The Court will not allow further delays of this nearly seven-year-old case. The lawyers must accommodate their schedules to the Court, and not the other way around. Moreover, Plaintiff's long wait to try her claims to a jury is due in large part to Defendant Boeker's repeated attempts to delay these proceedings, including a period of more than a year in which he dropped out of contact with his attorney, (*see* Doc. 137), and then refused to submit to discovery *pro se* while putting off efforts to find new counsel, (*see* Doc. 178).

Accordingly,

**IT IS ORDERED** that the parties shall have seven days to **SELECT** a trial date and pretrial conference date from the options set forth in the Court's April 10

Order (Doc. 251) and **NOTIFY** the Court of their selection. If the parties cannot come to an agreement, the Court will select dates at its own convenience.

Baton Rouge, Louisiana, this 30th day of April, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

*** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY ***
TIME RECEIVED                          REMOTE CSID          DURATION    PAGES    STATUS
April 15, 2024 at 3:10:50 PM PDT                            39          1        Received

Apr. 15. 2024   5:38PM    JOSEPH ARTHUR SMITH                           No. 3295    P. 1

# SMITH LAW FIRM
## ATTORNEYS AT LAW

J. ARTHUR SMITH, III                                    J. ARTHUR SMITH, IV
jasmith@jarthursmith.com                                asmithiv@jarthursmith.com

April 15, 2024

*VIA FAX: 225-389-3693*

Honorable Judge Brian A. Jackson
777 Florida Street
Baton Rouge, LA 70801

RE:   *Priscilla Lefebure v. Barrett Boeker, et al*
      *United States District Court Middle District of Louisiana*
      *Docket No. 3:17-cv-01791*
      *Our file no. 23-24*

Dear Judge Jackson:

Please be advised that I am not available for trial of this case on the dates that Your Honor ordered us to pick from on April 10, 2024, due to the previous trial commitments and/or travel plans for family trips and professional meetings. We have been communicating with Mr. Rutherford and Mr. Ledet concerning our availability and we respectfully request that the Court provide us with additional dates or that Your Honor hold a telephone conference so that we can all discuss and move forward with the selection of the new trial date.

With kindest regards, I am

Sincerely yours,

J. Arthur Smith, III

JASIII/rb
cc: Michael J. Jefferson
    Barrett Boeker
    Lee Leet
    Jack Rutherford

830 NORTH STREET, BATON ROUGE, LOUISIANA . 70802 . WWW.JARTHURSMITH.COM
OFFICE: 225-383-7716 . TOLL FREE: 855-313-7716 . FAX: 225-383-7773