UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE                                            CIVIL ACTION

VERSUS

BARRETT BOEKER, ET AL.                                        NO. 17-01791-BAJ-EWD

### ORDER

Considering the parties' **Joint Notice Of Trial Availability (Doc. 255)**,

**IT IS ORDERED** that the trial of this matter be and is hereby **SET** for September 16–19, 2024, to begin each day at 8:30 A.M.

**IT IS FURTHER ORDERED** that the Pretrial Conference in this matter be and is hereby **SET** for June 27, 2024, at 2:30 P.M. in chambers.

Baton Rouge, Louisiana, this 13th day of May, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA