UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE                                              CIVIL ACTION

VERSUS

BARRETT BOEKER, ET AL.                                 NO. 17-01791-BAJ-EWD

## ORDER

Considering Defendant Barrett Boeker's unopposed **Motion To Continue Pretrial Conference (Doc. 261)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The pretrial conference currently set for June 27, 2024, be and is hereby **CONTINUED WITHOUT DATE**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and choose from the following dates on which the Court is available for a pretrial conference: July 25, 2024, at 10:30 A.M., or any of July 29–August 1, 2024, at 2:30 P.M. Plaintiff shall file a notice notifying the Court of the parties' selection on or before July 2, 2024.

**IT IS FURTHER ORDERED** that the Proposed Joint Pretrial Order shall be submitted on or before July 18, 2024.

**IT IS FURTHER ORDERED** that Motions in Limine shall be filed on or before July 18, 2024.

Motions in limine are **disfavored**. The parties must confer in advance of filing any motions in limine in an attempt to resolve any such issue. Should a motion be necessary, the filing party must include a certification that he or she has conferred in a good faith effort to resolve the issue and was unable to reach an agreement.

**IT IS FURTHER ORDERED** that the parties shall file an affidavit of settlement efforts on or before August 16, 2024.

Baton Rouge, Louisiana, this 26th day of June, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA