UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRISCILLA LEFEBURE** *Plaintiff,* | * * * * * | CIVIL ACTION NO. 3:17-cv-01791-BAJ-EWD |
| v. | * * | |
| **BARRETT BOEKER, et al.** *Defendants.* | * * * * * | JUDGE BRIAN A. JACKSON MAGISTRATE JUDGE ERIN WILDER-DOOMES |

* * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF PRETRIAL CONFERENCE DATE SELECTION – JULY 30, 2024

Plaintiff hereby submits this Notice of Pretrial Conference Date Selection, as ordered by this honorable Court on June 26, 2024. Doc. 263. The Court's order instructed the parties to meet and confer and choose a mutually agreeable date for the pretrial conference in this matter from the Court's list of available dates.

Having so met and conferred, the parties and their counsel have selected **Tuesday, July 30, 2024,** at **2:30 p.m.** The parties appreciate the Court's scheduling assistance.

DATE: July 1, 2024

_____
Jack Griffith Rutherford, La. Bar No. 34968
RUTHERFORD LAW PC
900 Camp Street, #3C8
New Orleans, LA 70130
Telephone:   (415) 794-5639
Email:          jgr@rfordlaw.com
***Counsel for Plaintiff Priscilla Lefebure***

### CERTIFICATE OF SERVICE

I hereby certify that on this **1st day of July 2024**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for electronic service.

*/s/ Jack G. Rutherford*