UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE** | **CIVIL ACTION** |
| **VERSUS** | |
| **BARRETT BOEKER, ET AL.** | **NO. 17-01791-BAJ-EWD** |

### ORDER

Considering Plaintiff's **Notice of Pretrial Conference Date Selection – July 30, 2024 (Doc. 264)**,

**IT IS ORDERED** that the Pretrial Conference in this matter matter be and is hereby **SET** for July 30, 2024, at 2:30 P.M. in chambers.

Baton Rouge, Louisiana, this 3rd day of July, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**