# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**PRISCILLA LEFEBURE**
*Plaintiff,*

**CIVIL ACTION NO. 3:17-cv-01791**

**VERSUS**

**DISTRICT JUDGE BRIAN A. JACKSON**

**BARRETT BOEKER, et al.**
*Defendants.*

**MAG. JUDGE ERIN WILDER-DOOMES**

## MOTION WITHDRAW AS CO-COUNSEL OF RECORD

NOW INTO COURT, comes J. Arthur Smith, IV, Louisiana Bar Roll No. 37310, co-counsel for Defendant, Barrett Boeker, who respectfully moves this Court to withdraw as co-counsel of record for Defendant, Barrett Boeker. Mr. Smith, IV has chosen to accept another job opportunity and accordingly will no longer be associated with Smith Law Firm. J. Arthur Smith, III, who is trial counsel, and Lee J. Ledet who are counsel for Mr. Boeker in connection with his §§ 1983 and 1985 conspiracy claims, will remain enrolled as counsel for Defendant, Barrett Boeker. Because Mr. Smith, III and Mr. Ledet will remain enrolled as counsel for Defendant, Barrett Boeker, the undersigned respectfully submits that this motion should be construed the same as a motion to substitute counsel of record under LR 83(b)(13). Indeed, the granting of this motion would have less of an impact on the Court or any party than if Mr. Smith, III and Mr. Ledet had not been previously enrolled as counsel for Mr. Boeker.

WHEREFORE, J. Arthur Smith, IV prays that this motion be granted and that he be permitted to withdraw as co-counsel for Defendant, Barrett Boeker.

Respectfully submitted,

**LIZ MURRILL**                                        **SMITH LAW FIRM**
**ATTORNEY GENERAL**

                                                       */s/ J. Arthur Smith, IV*
Lee J. Ledet (#33237)                                  J. Arthur Smith, III, T.A. (La. #07730)
Special Assistant Attorney General                     J. Arthur Smith, IV (La. #37310)
LEDET LAW GROUP, LLC                                   830 North Street
4783 Johnson Street                                    Baton Rouge, La 70802
Post Office Drawer 610                                 Telephone (225) 383-7716
St. Francisville, La  70775                            Facsimile (225) 383-7773
Tel. (225) 635-3291                                    Email: jasmith@jarthursmith.com
Fax (225) 635-3292                                     asmithiv@jarthursmith.com
lee@ledetlawgroup.com                                  *Counsel for Plaintiffs, Chad St. Pierre and*
*Attorney for Barrett Boeker*                          *Patrick Wright*
*[in connection with his §§ 1983*
*and 1985 conspiracy claims]*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July, 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

  */s/ J. Arthur Smith, IV*
J. Arthur Smith, IV

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## ORDER

CONSIDERING, the foregoing Motion to Withdraw as Co-Counsel of Record for Defendant, Barrett Boeker, filed by J. Arthur Smith, IV;

IT IS HEREBY ORDERED that the motion is GRANTED and that J. Arthur Smith, IV (La. Bar Roll No. 37310) is withdrawn as co-counsel of record for Defendant, Barrett Boeker, and that his name is removed from the docket of this matter.

Signed in Baton Rouge, Louisiana on this _____ day of _____, 2024.

_____
HON. JUDGE BRIAN A. JACKSON
United States District Court
Middle District of Louisiana