UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE                                          CIVIL ACTION

VERSUS

BARRETT BOEKER, ET AL.                          NO. 17-01791-BAJ-EWD

ORDER

Considering Defendant Barrett Boeker's **Motion To Withdraw As Co-Counsel Of Record (Doc. 266, the "Motion")**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**, and Attorney J. Arthur Smith, IV be and is hereby **WITHDRAWN** as co-counsel of record for Defendant Boeker.

Baton Rouge, Louisiana, this 16th day of July, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA