**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

**_EXPEDITED_ JOINT MOTION FOR SIX ("6") DAY EXTENSION OF TIME TO FILE JOINT PRE-TRIAL ORDER**

NOW INTO COURT, comes Plaintiff, Priscilla Lefebure ("Ms. Lefebure") and Defendant Barrett Boeker ("Boeker") who respectfully request that this Court set a deadline of July 19, 2024 for the parties to exchange full and complete pre-trial order inserts and grant them a six ("6") day extension of time, or until July 24, 2024 within which to file the Joint Pre-Trial Order. The parties respectfully submit that good cause exists under Rule 16(b)(4) of the Federal Rules of Civil Procedure for the granting of this motion, *to-wit*:

1. Ms. Lefebure originally instituted this action on December 21, 2017. Thereafter she filed a First Amended Complaint (R.Doc.37), and then on October 18, 2023, she filed a Second Amended Complaint (R.Doc.212) the latter of which remains the operative complaint.

2. In this Second Amended Complaint, Ms. Lefebure alleged six ("6") claims: (1) a claim under 42 U.S.C. § 1983 for violation of Plaintiff's Fourteenth Amendment Equal Protection rights, La. Const. Art. I, § 3 right to individual dignity against Defendants West Feliciana Parish, and West Feliciana Parish Sheriff J. Austin Daniel in his individual and official capacities (the First Cause of Action); (2) a claim under 42 U.S.C. § 1983 for violating Plaintiff's substantive due

1

process rights under the Fourteenth Amendment and La. Const. Art. I, § 2 against Defendants West Feliciana Parish, and Sheriff J. Austin Daniel in his individual and official capacities (the Second Cause of Action); (3) claims under 42 U.S.C. §§ 1983 and 1985 for civil conspiracy against all Defendants: Boeker, West Feliciana Parish, Sheriff Daniel, Princeton Excess and Surplus Lines Insurance Company, "Insurance Company Does 2-5" and "Does 6-20" (the Third Cause of Action); (4) intentional and negligent infliction of emotional distress, assault, battery, false imprisonment, and rape, against Boeker (the Fourth Cause of Action); and (5) a state law direct action claim against Princeton Excess and Surplus Lines Insurance Company, "Insurance Company Does 2-5" (the Fifth Cause of Action).

3. Only the third and fourth causes of action as to Boeker remain as all other claims have been dismissed.

4. No motions remain pending at this time and a jury trial has been set to commence on September 16, 2024.

5. A final pre-trial conference is set for July 30, 2024.

6. Pursuant to this Court's prior Order, the Joint Pre-Trial Order is due to be filed on July 18, 2024 (R.Doc.263).

7. Early yesterday morning, Plaintiff provided Boeker with her pre-trial order inserts, but same did not include her list of exhibits and Plaintiff's counsel anticipates revising her witness list.

8. Plaintiff's ability to provide all of her inserts have been hampered by the fact that Plaintiff's counsel was recently ordered to appear out of town for additional oral argument in a separate case yesterday, and his sole associate attorney has left the firm.

9. Though Boeker has been diligently working on his pre-trial order inserts, he has not yet provided same to Ms. Lefebure given other obligations of his lead counsel.

10. Boeker's lead counsel had a settlement conference in a related civil service proceeding yesterday and had various depositions last week, along with numerous other meetings, doctor's appointments and other pre-existing litigation commitments.

11. As a result, preparation of Boeker's inserts have currently been assigned to associate attorneys not as familiar with the facts (including the long procedural history of this matter) and evidence (which is comprised of about 600 pages).

12. Accordingly, the parties respectfully request that this Court set a deadline of July 19, 2024 for the parties to exchange full and complete pre-trial order inserts and grant them a six ("6") day extension of time, or until July 24, 2024, within which to file the Joint Pre-Trial Order.

13. The parties submit that the setting of a deadline for the exchange of the parties full and complete pre-trial order inserts will facilitate timely submission of the pre-trial order. Further, the brief extension of time will not unduly delay this matter as the pre-trial conference is not until July 30, 2024, such that this Court will have three to four days to review the pre-trial order before the final pre-trial conference.

14. Because the Joint Pre-Trial Order is presently due to be filed on July 18, 2024, expedited consideration of this motion is requested.

WHEREFORE, Plaintiff, Priscilla Lefebure and Defendant Barrett Boeker pray that this motion be granted and that a deadline of July 19, 2024 be set for the parties to exchange full and complete pre-trial order inserts and that they be granted a six ("6") day extension of time, or until July 24, 2024 within which to file the Joint Pre-Trial Order.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **SMITH LAW FIRM** |
| */s/ Jack G. Rutherford* | */s/ J. Arthur Smith, III* |
| Jack Griffith Rutherford | J. Arthur Smith, III, T.A. (La. #07730) |
| La. Bar No. 34968 | 830 North Street |
| RUTHERFORD LAW PC | Baton Rouge, La 70802 |
| 900 Camp Street, #3C8 | Telephone (225) 383-7716 |
| New Orleans, LA 70130 | Facsimile (225) 383-7773 |
| Telephone: (415) 794-5639 | Email: jasmith@jarthursmith.com |
| Email: jgr@rfordlaw.com |  |
|  | MICHAEL J. JEFFERSON |
| *Counsel for Plaintiff Priscilla Lefebure* | ATTORNEY AT LAW |
|  | La. Bar Roll No. 22430 |
|  | P.O. Box 1906 |
|  | Baton Rouge, LA 70821-1906 |
|  | mjefferson@mjjefferson.com |
|  | *Counsel for Defendant, Barrett Boeker* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

    */s/ J. Arthur Smith, III*
    J. Arthur Smith, III

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## ORDER

CONSIDERING, the foregoing Expedited Joint Motion for Six ("6") Day Extension of Time to File Joint Pre-Trial Order and for good cause shown;

IT IS HEREBY ORDERED that the motion is granted and that the parties have until July 19, 2024 to exchange full and complete pre-trial order inserts.

IT IS FURTHER ORDERED that the parties' proposed Joint Pre-Trial Order is to be filed on or before July 24, 2024.

Signed in Baton Rouge, Louisiana on this _____ day of _____, 2024.

_____
HON. JUDGE BRIAN A. JACKSON
United States District Court
Middle District of Louisiana