# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

### DEFENDANT BARRETT BOEKER'S *EXPEDITED CONSENT* MOTION FOR SIX ("6") DAY EXTENSION OF TIME TO FILE MOTIONS IN LIMINE

NOW INTO COURT, through the undersigned counsel comes Defendant Barrett Boeker ("Boeker") who respectfully requests that this Court grant the parties a six ("6") day extension of time, or until July 24, 2024, within which to file any motions in limine. Plaintiff respectfully submits that good cause exists under Rule 16(b)(4) of the Federal Rules of Civil Procedure for the granting of this motion, *to-wit*:

1.     Ms. Lefebure has alleged six ("6") claims: (1) a claim under 42 U.S.C. § 1983 for violation of Plaintiff's Fourteenth Amendment Equal Protection rights, La. Const. Art. I, § 3 right to individual dignity against Defendants West Feliciana Parish, and West Feliciana Parish Sheriff J. Austin Daniel in his individual and official capacities (the First Cause of Action); (2) a claim under 42 U.S.C. § 1983 for violating Plaintiff's substantive due process rights under the Fourteenth Amendment and La. Const. Art. I, § 2 against Defendants West Feliciana Parish, and Sheriff J. Austin Daniel in his individual and official capacities (the Second Cause of Action); (3) claims under 42 U.S.C. §§ 1983 and 1985 for civil conspiracy against all Defendants: Boeker, West Feliciana Parish, Sheriff Daniel, Princeton Excess and Surplus Lines Insurance Company,

"Insurance Company Does 2-5" and "Does 6-20" (the Third Cause of Action); (4) intentional and negligent infliction of emotional distress, assault, battery, false imprisonment, and rape, against Boeker (the Fourth Cause of Action); and (5) a state law direct action claim against Princeton Excess and Surplus Lines Insurance Company, "Insurance Company Does 2-5" (the Fifth Cause of Action).

2. Only the third and fourth causes of action as to Boeker remain as all other claims and parties to this litigation have been dismissed.

3. No motions remain pending at this time and a jury trial has been set to commence on September 16, 2024.

4. A final pre-trial conference is set for July 30, 2024.

5. Pursuant to this Court's prior Order, motions in limine are due to be filed today, July 18, 2024 (R.Doc.263).

6. On July 16, 2024, Plaintiff provided Boeker with her pre-trial order inserts, but same did not include her list of exhibits and Plaintiff's counsel has indicated that he anticipates revising Plaintiff's witness list.

7. Yesterday, Boeker provided Plaintiff with his proposed pre-trial order inserts, which included his list of exhibits, and all will/may call witnesses whom he may call to testify at trial.

8. Defendant Boeker may file one or more motions in limine as to certain of Plaintiffs' exhibits and/or regarding Plaintiff's anticipated arguments at trial, along with a motion in limine under Federal Rule of Evidence 412(b)(2) to admit certain evidence tending to prove Plaintiff's sexual behavior, sexual predisposition and/or her reputation.

9. However, to date, Boeker has still not received Plaintiff's list of exhibits for the pre-trial order and is presently unaware if Plaintiff may call other witnesses not previously disclosed as indicated above. Thus, Boeker can only guess what exhibits Plaintiff may attempt to offer into evidence at trial and guess what witnesses she may call.

10. Consequently, Boeker is unable to realistically meet and confer with Plaintiff's counsel about any motions in limine, nor file same by this Court's deadline and if Boeker were to file any motions in limine based only on Plaintiff's anticipated evidence and witness testimony, same would likely be more expansive that needed, unnecessarily increasing valuable time and judicial resources.

11. Additionally, Boeker's lead counsel had a settlement conference in a related civil service proceeding on July 16, 2024 and has had various depositions last week, along with numerous other meetings, doctor's appointments and other pre-existing litigation commitments.

12. As a result, the review of all evidence in this matter (which is comprised of about 600 pages) has been assigned to associate attorneys not as familiar with the facts (including the long procedural history of this matter).

13. Accordingly, Defendant Boeker respectfully requests that this Court grant the parties a six ("6") day extension of time, or until July 24, 2024 within which to file any motions in limine.

14. Boker submits that this brief extension of time will not unduly delay this matter nor prejudice any party as the pre-trial conference is not until July 30, 2024, such that this Court will have three to four days to review any motions in limine before the final pre-trial conference and Plaintiff has indicated that she does not oppose the instant motion.

15. Because motions in limine are presently due to be filed today, expedited consideration of this motion is requested.

WHEREFORE, Defendant Barrett Boeker prays that this motion be granted and that the parties be granted a six ("6") day extension of time, or until July 24, 2024 within which to file any motions in limine.

Respectfully submitted,

**SMITH LAW FIRM**

*/s/ J. Arthur Smith, III*
J. Arthur Smith, III, T.A. (La. #07730)
830 North Street
Baton Rouge, La 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
Email: jasmith@jarthursmith.com

MICHAEL J. JEFFERSON
ATTORNEY AT LAW
La. Bar Roll No. 22430
P.O. Box 1906
Baton Rouge, LA 70821-1906
mjefferson@mjjefferson.com

*Counsel for Defendant, Barrett Boeker*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

*/s/ J. Arthur Smith, III*
J. Arthur Smith, III

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## ORDER

CONSIDERING, the foregoing *Expedited Consent* Motion for Six ("6") Day Extension of Time to File Motions in Limine and for good cause shown;

IT IS HEREBY ORDERED that any motions in limine are to be filed on or before July 24, 2024. Responses to any motions in limine shall be filed within the period provided by the Local Rules.

Signed in Baton Rouge, Louisiana on this _____ day of _____, 2024.

_____
HON. JUDGE BRIAN A. JACKSON
United States District Court
Middle District of Louisiana