UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRISCILLA LEFEBURE | CIVIL ACTION |
| VERSUS | |
| BARRETT BOEKER, ET AL. | NO. 17-01791-BAJ-EWD |

## ORDER

Considering the **Expedited Joint Motion For Six Day Extension Of Time To File Joint Pretrial Order (Doc. 268)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The parties' Proposed Joint Pretrial Order shall be filed on or before July 24, 2024.

Baton Rouge, Louisiana, this 18th day of July, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA