**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

**JOINT MOTION FOR TWO ADDITIONAL DAYS TO FILE JOINT PRE-TRIAL ORDER**

NOW INTO COURT, comes Plaintiff, Priscilla Lefebure ("Ms. Lefebure") and Defendant Barrett Boeker ("Boeker") who respectfully request that this Court set a deadline of July 26, 2024, for the parties to exchange full and complete pre-trial order inserts and, thereby, grant them an additional extension of time by two days, or until Friday, July 26, 2024 within which to file the Joint Proposed Pre-Trial Order.

The parties respectfully submit that good cause exists under Rule 16(b)(4) of the Federal Rules of Civil Procedure for the granting of this motion, *to-wit*:

1. No motions remain pending at this time and a jury trial has been set to commence on September 16, 2024.

2. A final pre-trial conference is set for July 30, 2024.

3. Pursuant to this Court's prior Order and grant of a six-day extension, the Joint Proposed Pre-Trial Order is due to be filed today, July 24, 2024.

4. The parties have worked diligently to complete and exchange their portions of the pre-trial order inserts.

5. Plaintiff's counsel has been traveling for a speaking engagement and a court hearing and has been without consistent or sufficient access to wifi. This has delayed his provision of the remaining portions of Plaintiff's inserts until today. As well he requires time to combine Defendant's inserts with Plaintiff's so that as much of the PTO can be jointly proposed as possible.

6. Defendant's counsel have been cooperative, diligent, and responsive and join in this motion.

7. Accordingly, the parties respectfully request that this Court set a deadline of July 26, 2024, for the parties to exchange full and complete pre-trial order inserts and grant them a two-day extension of time, or until July 26, 2024, within which to file the Joint Proposed PTO.

8. The parties submit that the additional extension of time will facilitate submission of a cohesive and useful pre-trial order. Further, this second, brief extension should not unduly delay this matter as the pre-trial conference is set for Tuesday, July 30, 2024, at 2:30 p.m.

9. Because the Joint Pre-Trial Order is presently due to be filed on July 24, 2024, expedited consideration of this motion is requested.

WHEREFORE, Plaintiff, Priscilla Lefebure and Defendant Barrett Boeker pray that this motion be granted and that a deadline of July 26, 2024, be set for the parties to exchange full and complete pre-trial order inserts and that they be granted a two-day extension of time, or until July 26, 2024, within which to file the Joint Proposed Pre-Trial Order.

Respectfully submitted,

**RUTHERFORD LAW PC**

*/s/ Jack G. Rutherford*
Jack Griffith Rutherford, La. Bar No. 34968
RUTHERFORD LAW PC
900 Camp Street, #3C8
New Orleans, LA 70130
Telephone: (415) 794-5639
Email: jgr@rfordlaw.com

*Counsel for Plaintiff Priscilla Lefebure*

## CERTIFICATE OF SERVICE

I hereby certify that on this **24th day of June 2024**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for electronic service.

*/s/ Jack G. Rutherford*