# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE** | **CIVIL ACTION NO. 3:17-cv-01791** |
| *Plaintiff,* | |
| | |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| | |
| **BARRETT BOEKER, et al.** | **MAG. JUDGE ERIN WILDER-DOOMES** |
| *Defendants.* | |

## ORDER

CONSIDERING, the foregoing Motion for Two Day Extension of Time to File Joint Proposed Pre-Trial Order and for good cause shown;

IT IS HEREBY ORDERED that the motion is granted and that the parties have until July 26, 2024 to exchange full and complete pre-trial order inserts.

IT IS FURTHER ORDERED that the parties' proposed Joint Pre-Trial Order is to be filed on or before July 26, 2024.

Signed in Baton Rouge, Louisiana on this _____ day of _____, 2024.


_____
HON. JUDGE BRIAN A. JACKSON
United States District Court
Middle District of Louisiana