# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## DEFENDANT BARRETT BOEKER'S MOTION IN LIMINE TO EXCLUDE ANY EXPERT OR MEDICAL TESTIMONY AND/OR EXPERT REPORTS FROM DR. KAREN DANTIN, DR. KELLY CANNON, ROBIN NEIL, TAMMY LOWREY AND ANY OTHER MEDICAL PROVIDERS, AND TO EXCLUDE ANY EVIDENCE, ARGUMENT, TESTIMONY OR COMMENTS ABOUT PLAINTIFF'S ALLEGED MENTAL HEALTH DISORDERS

NOW INTO COURT, through the undersigned counsel comes, Defendant, Barrett Boeker ("Mr. Boeker" or "Defendant") who respectfully moves for entry of an order in limine excluding any treating medical provider testimony and/or expert reports from Dr. Karen Dantin, Dr. Kelly Cannon, Tammy Lowrey, Robin Neil and all other of Plaintiff's physicians or medical providers and to exclude any evidence, argument, testimony or comment from any witness or their counsel about Plaintiff's alleged diagnosis of Post Traumatic Stress Disorder ("PTSD") or any mental health disorders which she may claim were caused by her alleged rape by Mr. Boeker.[1] For the reasons set for the in the attached memorandum in support, Mr. Boeker submits that this motion should be granted.

---

[1] In accordance with this Court's prior Order (R.Doc.263), undersigned counsel had a telephone conference with Plaintiff's counsel today. However, despite the parties' best efforts to resolve the issues subject of this motion, no resolution was obtained. Consequently, Mr. Boeker respectfully submits that judicial intervention is necessary.

1

WHEREFORE, Defendant, Barret Boeker prays that this motion be granted and that an order in limine issue herein excluding any treating medical provider testimony and/or expert reports from Dr. Karen Dantin, Dr. Kelly Cannon, Tammy Lowrey, Robin Neil and all other of Plaintiff's physicians or medical providers and to exclude any evidence, argument, testimony or comment from any witness or their counsel about Plaintiff's alleged diagnosis of Post Traumatic Stress Disorder ("PTSD") or any mental health disorders which she may claim were caused by her alleged rape by Mr. Boeker.

Respectfully submitted,

**SMITH LAW FIRM**

*/s/ J. Arthur Smith, III*
J. Arthur Smith, III, T.A. (La. #07730)
830 North Street
Baton Rouge, La 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
Email: jasmith@jarthursmith.com

MICHAEL J. JEFFERSON
ATTORNEY AT LAW
La. Bar Roll No. 22430
P.O. Box 1906
Baton Rouge, LA 70821-1906
mjefferson@mjjefferson.com

*Counsel for Defendant, Barrett Boeker*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

*/s/ J. Arthur Smith, III*
J. Arthur Smith, III

2

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## **ORDER**

CONSIDERING, Defendant Barrett Boeker's Motion in Limine as to Dr. Karen Dantin, Dr. Kelly Cannon, Tammy Lowrey, Robin Neil and all other of Plaintiff's physicians or medical providers, the law, evidence, the reasons set forth therein, and for good cause shown;

IT IS HEREBY ORDERED that the motion is GRANTED and that Dr. Karen Dantin, Dr. Kelly Cannon, Tammy Lowrey, Robin Neil and all other of Plaintiff's physicians or medical providers are excluded from providing any testimony as treating medical providers or expert witnesses and are prohibited from providing any corresponding expert reports;

IT IS HEREBY FURTHER ORDERED that the any evidence or testimony about Plaintiff's alleged diagnosis of Post Traumatic Stress Disorder ("PTSD") or any mental health disorders which she may claim to suffer from as a result of any conduct by Defendant Barret Boeker are excluded from evidence, and that the parties, all witnesses and their counsel are prohibited from making any comments and/or arguments about Plaintiff's alleged diagnosis of Post Traumatic Stress Disorder ("PTSD") or any mental health disorders which Plaintiff may contend was caused by any conduct of Defendant Barret Boeker.

Thus done and signed in Baton Rouge, Louisiana this _____ day of _____, 2024.


_____
HON. BRIAN A. JACKSON
U.S. District Court Judge
Middle District of Louisiana