KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602


003777
0202

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

**STATEMENT DATE** 06/10/2021
**ACCOUNT #**
**PAY THIS AMOUNT** $1146.00
**AMOUNT PAID** $

ADDRESSEE:
237 01
PRISCILLA LEFEBURE

PLEASE MAIL PAYMENTS TO:
KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please detach and return top portion with your payment.

### KAREN C. DANTIN, MD

Patient Name: PRISCILLA LEFEBURE
Statement Date: 06/10/2021    Provider: Karen Dantin
Account #: 8...    Insurance:

| | | Total amount due now | $1146.00 |
| | | Payment due by | 06/30/2021 |

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 11/08/2017 | 99213 - OFFICE/OUTPATIENT VISIT, EST | $80.00 | | $20.00 |
| | 11/08/2017 Patient Payment | | -$40.00 | |
| | 08/06/2020 Patient Payment | | -$20.00 | |
| 11/08/2017 | 80300 - DRUG SCREEN NON TLC DEVICES | $30.00 | | $30.00 |
| 03/20/2018 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $56.00 |
| | 03/20/2018 Patient Payment | | -$24.00 | |
| 03/20/2018 | 80299 - QUANTITATIVE ASSAY DRUG | $30.00 | | $30.00 |
| 11/16/2018 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 08/02/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 09/10/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 09/10/2019 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 09/10/2019 | 81002 - URINALYSIS NONAUTO W/O SCOPE | $20.00 | | $20.00 |
| 11/13/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $60.00 |
| | 11/13/2019 Patient Payment | | -$20.00 | |
| 11/13/2019 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: | $1146.00 |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $110.00 | $1036.00 | $0.00 | | |

**Messages**

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

Payment on your account is now currently due. Your prompt remittance of the balance in full is appreciated. For any account related questions please call (225) 218-0159. Thank you.

Created by carecloud

Page 1 of 2

CONFIDENTIAL

**EXHIBIT C**
**LEFEBURE(PL)0140**

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602



For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

**IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.**

CHECK CARD USING FOR PAYMENT
☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AMERICAN EXPRESS

CARD NUMBER

SIGNATURE CODE (CVV)

SIGNATURE

EXP. DATE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 06/10/2021 | [redacted] | $1146.00 |

AMOUNT PAID
$

ADDRESSEE:
237 01
PRISCILLA LEFEBURE
[redacted]

PLEASE MAIL PAYMENTS TO:
KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please detach and return top portion with your payment.

---

**KAREN C. DANTIN, MD**

Patient Name: PRISCILLA LEFEBURE
Statement Date: 06/10/2021
Account #: [redacted]
Provider: Karen Dantin
Insurance:

| | | Total amount due now | $1146.00 |
|---|---|---|---|
| | | Payment due by | 06/30/2021 |

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 11/08/2017 | 99213 - OFFICE/OUTPATIENT VISIT, EST | $80.00 | | $20.00 |
| | 11/08/2017 Patient Payment | | -$40.00 | |
| | 08/06/2020 Patient Payment | | -$20.00 | |
| 11/08/2017 | 80300 - DRUG SCREEN NON TLC DEVICES | $30.00 | | $30.00 |
| 03/20/2018 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $56.00 |
| | 03/20/2018 Patient Payment | | -$24.00 | |
| 03/20/2018 | 80299 - QUANTITATIVE ASSAY DRUG | $30.00 | | $30.00 |
| 11/16/2018 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 08/02/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 09/10/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 09/10/2019 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 09/10/2019 | 81002 - URINALYSIS NONAUTO W/O SCOPE | $20.00 | | $20.00 |
| 11/13/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $60.00 |
| | 11/13/2019 Patient Payment | | -$20.00 | |
| 11/13/2019 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: | $1146.00 |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $110.00 | $1036.00 | $0.00 | | |

Messages

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

Payment on your account is now currently due. Your prompt remittance of the balance in full is appreciated. For any account related questions please call (225) 218-0159. Thank you.

Created by carecloud

Page 1 of 2

CONFIDENTIAL                                LEFEBURE(PL)0141

1617-CCSTMT-4616610-3206478134-P; 21324678-1-237; 33053145-2:

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602



006488
0303

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

**IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.**

METHOD OF PAYMENT: ☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AMERICAN EXPRESS

CARD NUMBER:
SIGNATURE:
SIGNATURE CODE (CVV):
EXP. DATE:

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 08/11/2021 | [redacted] | $1206.00 |

AMOUNT PAID: $

807082B (FC1)

ADDRESSEE:
47 01

PRISCILLA LEFEBURE
[redacted]

PLEASE MAIL PAYMENTS TO:

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please detach and return top portion with your payment.

---

**KAREN C. DANTIN, MD**

Patient Name: PRISCILLA LEFEBURE
Statement Date: 08/11/2021   Provider: Karen Dantin
Account #: [redacted]        Insurance:

| | | |
|---|---|---|
| Total amount due now | | $1206.00 |
| Payment due by | | 08/31/2021 |

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 11/08/2017 | 99213 - OFFICE/OUTPATIENT VISIT, EST<br>11/08/2017 Patient Payment<br>08/06/2020 Patient Payment | $80.00 | -$40.00<br>-$20.00 | $20.00 |
| 11/08/2017 | 80300 - DRUG SCREEN NON TLC DEVICES | $30.00 | | $30.00 |
| 03/20/2018 | 99213 - OFFICE/OUTPATIENT VISIT EST<br>03/20/2018 Patient Payment | $80.00 | -$24.00 | $56.00 |
| 03/20/2018 | 80299 - QUANTITATIVE ASSAY DRUG | $30.00 | | $30.00 |
| 11/16/2018 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 08/02/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 09/10/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 09/10/2019 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 09/10/2019 | 81002 - URINALYSIS NONAUTO W/O SCOPE | $20.00 | | $20.00 |
| 11/13/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST<br>11/13/2019 Patient Payment | $80.00 | -$20.00 | $60.00 |
| 11/13/2019 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: | |
|---|---|---|---|---|---|---|
| $0.00 | $60.00 | $0.00 | $1146.00 | $0.00 | | $1206.00 |

Messages

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

Payment on your account is now currently due. Your prompt remittance of the balance in full is appreciated. For any account related questions please call (225) 218-0159. Thank you.

Created by carecloud

Page 1 of 3

CONFIDENTIAL    LEFEBURE(PL)0142

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602



006488
0203

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

| | | |
|---|---|---|
| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
| 08/11/2021 | | $1206.00 |

AMOUNT PAID

47 02  ADDRESSEE:

PRISCILLA LEFEBURE

PLEASE MAIL PAYMENTS TO:

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please detach and return top portion with your payment.

---

**KAREN C. DANTIN, MD**

Patient Name: PRISCILLA LEFEBURE
Statement Date: 08/11/2021      Provider: Karen Dantin
Account #:                       Insurance:

| | Total amount due now | $1206.00 |
|---|---|---|
| | Payment due by | 08/31/2021 |

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 02/26/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 02/26/2020 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 05/13/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 05/13/2020 | 80299 - QUANTITATIVE ASSAY DRUG | $30.00 | | $30.00 |
| 08/11/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 08/11/2020 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 12/10/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 12/10/2020 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 01/12/2021 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 04/06/2021 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 04/06/2021 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 06/28/2021 | 99212 - OFFICE/OUTPATIENT VISIT EST | $70.00 | | $30.00 |
| | 06/28/2021 Patient Payment | | -$40.00 | |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: | $1206.00 |
|---|---|---|---|---|---|---|
| $0.00 | $60.00 | $0.00 | $1146.00 | $0.00 | | |

Messages          For inquiries call (225) 218-0159
                  Mon-Fri 8:00AM to 4:00PM CST

Payment on your account is now currently due. Your prompt remittance of the balance in full is appreciated. For any account related questions please call (225) 218-0159. Thank you.

Created by carecloud

Page 2 of 3

**CONFIDENTIAL**                                                                 **LEFEBURE(PL)0143**

BATON ROUGE, LA 70819-2602

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 08/11/2021 | ███ | $1206.00 |

AMOUNT PAID
$

ADDRESSEE:

PRISCILLA LEFEBURE
███

PLEASE MAIL PAYMENTS TO:

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please detach and return top portion with your payment.


KAREN C. DANTIN, MD

Patient Name: PRISCILLA LEFEBURE
Statement Date: 08/11/2021
Account #: ███
Provider: Karen Dantin
Insurance:

Total amount due now: $1206.00
Payment due by: 08/31/2021

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 06/28/2021 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: |
|---|---|---|---|---|---|
| $0.00 | $60.00 | $0.00 | $1146.00 | $0.00 | $1206.00 |

Messages

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

Payment on your account is now currently due. Your prompt remittance of the balance in full is appreciated. For any account related questions please call (225) 218-0159. Thank you.

Created by carecloud

Page 3 of 3

**CONFIDENTIAL**    **LEFEBURE(PL)0144**

1617-CCSTMT-4639924-3227192620-P; 21408126-1-47; 33230664-3;

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.
CHECK CARD USED FOR PAYMENT
MASTERCARD   DISCOVER   VISA   AMERICAN EXPRESS
CARD NUMBER                         SIGNATURE CODE (CVV)
SIGNATURE                           EXP. DATE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 08/11/2021 | [redacted] | $1206.00 |

AMOUNT PAID $

ADDRESSEE:
47 01
PRISCILLA LEFEBURE
[redacted]

PLEASE MAIL PAYMENTS TO:
KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please detach and return top portion with your payment.

---

KAREN C. DANTIN, MD

Patient Name: PRISCILLA LEFEBURE
Statement Date: 08/11/2021
Account #: [redacted]
Provider: Karen Dantin
Insurance:

| | Total amount due now | $1206.00 |
|---|---|---|
| | Payment due by | 08/31/2021 |

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 11/08/2017 | 99213 - OFFICE/OUTPATIENT VISIT, EST | $80.00 | | $20.00 |
| | 11/08/2017 Patient Payment | | -$40.00 | |
| | 08/06/2020 Patient Payment | | -$20.00 | |
| 11/08/2017 | 80300 - DRUG SCREEN NON TLC DEVICES | $30.00 | | $30.00 |
| 03/20/2018 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $56.00 |
| | 03/20/2018 Patient Payment | | -$24.00 | |
| 03/20/2018 | 80299 - QUANTITATIVE ASSAY DRUG | $30.00 | | $30.00 |
| 11/16/2018 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 08/02/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 09/10/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 09/10/2019 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 09/10/2019 | 81002 - URINALYSIS NONAUTO W/O SCOPE | $20.00 | | $20.00 |
| 11/13/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $60.00 |
| | 11/13/2019 Patient Payment | | -$20.00 | |
| 11/13/2019 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: | |
|---|---|---|---|---|---|---|
| $0.00 | $60.00 | $0.00 | $1146.00 | $0.00 | | $1206.00 |

Messages

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

Payment on your account is now currently due. Your prompt remittance of the balance in full is appreciated. For any account related questions please call (225) 218-0159. Thank you.

Created by carecloud

Page 1 of 3

CONFIDENTIAL                                          LEFEBURE(PL)0145

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

006488
0203

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 08/11/2021 | | $1206.00 |

AMOUNT PAID

ADDRESSEE:
PRISCILLA LEFEBURE

PLEASE MAIL PAYMENTS TO:
KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please detach and return top portion with your payment.

---

**KAREN C. DANTIN, MD**

Patient Name: PRISCILLA LEFEBURE
Statement Date: 08/11/2021        Provider: Karen Dantin
Account #:                        Insurance:

| | Total amount due now | $1206.00 |
|---|---|---|
| | Payment due by | 08/31/2021 |

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 02/26/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 02/26/2020 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 05/13/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 05/13/2020 | 80299 - QUANTITATIVE ASSAY DRUG | $30.00 | | $30.00 |
| 08/11/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 08/11/2020 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 12/10/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 12/10/2020 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 01/12/2021 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 04/06/2021 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 04/06/2021 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 06/28/2021 | 99212 - OFFICE/OUTPATIENT VISIT EST<br>06/28/2021 Patient Payment | $70.00 | -$40.00 | $30.00 |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: | |
|---|---|---|---|---|---|---|
| $0.00 | $60.00 | $0.00 | $1146.00 | $0.00 | | $1206.00 |

Messages                For inquiries call (225) 218-0159
                        Mon-Fri 8:00AM to 4:00PM CST

Payment on your account is now currently due. Your prompt remittance of the balance in full is appreciated. For any account related questions please call (225) 218-0159. Thank you.

Created by carecloud

Page 2 of 3

CONFIDENTIAL                                    LEFEBURE(PL)0146

1617-CCSTMT-4639924-3227192620-P; 21408126-1-47; 33230664-3;

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602


006488
0103

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

**IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.**
CHECK CARD USING FOR PAYMENT
☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AMERICAN EXPRESS
CARD NUMBER                              SIGNATURE CODE (CVV)
SIGNATURE                                EXP. DATE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 08/11/2021 | | $1206.00 |

AMOUNT PAID
$

ADDRESSEE:
47 03



PRISCILLA LEFEBURE

PLEASE MAIL PAYMENTS TO:

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.


Please detach and return top portion with your payment.

**KAREN C. DANTIN, MD**

Patient Name: PRISCILLA LEFEBURE
Statement Date: 08/11/2021    Provider: Karen Dantin
Account #:                    Insurance:

| | | Total amount due now | $1206.00 |
|---|---|---|---|
| | | Payment due by | 08/31/2021 |

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 06/28/2021 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |

D000005743-A

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now |
|---|---|---|---|---|---|
| $0.00 | $60.00 | $0.00 | $1146.00 | $0.00 | $1206.00 |

**CONFIDENTIAL**                                            LEFEBURE(PL)0147

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST


001986
0303

**ADDRESSEE:**
PRISCILLA LEFEBURE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 09/11/2021 | | $1206.00 |

AMOUNT PAID

**PLEASE MAIL PAYMENTS TO:**
KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please detach and return top portion with your payment.

### KAREN C. DANTIN, MD

Patient Name: PRISCILLA LEFEBURE
Statement Date: 09/11/2021    Provider: Karen Dantin
Account #:    Insurance:

Total amount due now: $1206.00
Payment due by: 10/01/2021

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 11/08/2017 | 99213 - OFFICE/OUTPATIENT VISIT, EST | $80.00 | | $20.00 |
| | 11/08/2017 Patient Payment | | -$40.00 | |
| | 08/06/2020 Patient Payment | | -$20.00 | |
| 11/08/2017 | 80300 - DRUG SCREEN NON TLC DEVICES | $30.00 | | $30.00 |
| 03/20/2018 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $56.00 |
| | 03/20/2018 Patient Payment | | -$24.00 | |
| 03/20/2018 | 80299 - QUANTITATIVE ASSAY DRUG | $30.00 | | $30.00 |
| 11/16/2018 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 08/02/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 09/10/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 09/10/2019 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 09/10/2019 | 81002 - URINALYSIS NONAUTO W/O SCOPE | $20.00 | | $20.00 |
| 11/13/2019 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $60.00 |
| | 11/13/2019 Patient Payment | | -$20.00 | |
| 11/13/2019 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: | |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $60.00 | $1146.00 | $0.00 | | $1206.00 |

Messages    For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

Payment on your account is now currently due. Your prompt remittance of the balance in full is appreciated. For any account related questions please call (225) 218-0159. Thank you.

Page 1 of 3

Created by carecloud

CONFIDENTIAL    LEFEBURE(PL)0148

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602



For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 09/11/2021 | [redacted] | $1206.00 |

AMOUNT PAID $

ADDRESSEE:

PRISCILLA LEFEBURE

PLEASE MAIL PAYMENTS TO:

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please detach and return top portion with your payment.

### KAREN C. DANTIN, MD

Patient Name: PRISCILLA LEFEBURE
Statement Date: 09/11/2021         Provider: Karen Dantin
Account #: [redacted]               Insurance:

| Total amount due now | $1206.00 |
|---|---|
| Payment due by | 10/01/2021 |

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 02/26/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 02/26/2020 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 05/13/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 05/13/2020 | 80299 - QUANTITATIVE ASSAY DRUG | $30.00 | | $30.00 |
| 08/11/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 08/11/2020 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 12/10/2020 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 12/10/2020 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 01/12/2021 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 04/06/2021 | 99213 - OFFICE/OUTPATIENT VISIT EST | $80.00 | | $80.00 |
| 04/06/2021 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |
| 06/28/2021 | 99212 - OFFICE/OUTPATIENT VISIT EST | $70.00 | | $30.00 |
| | 06/28/2021 Patient Payment | | -$40.00 | |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: | $1206.00 |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $60.00 | $1146.00 | $0.00 | | |

Messages                For inquiries call (225) 218-0159
                        Mon-Fri 8:00AM to 4:00PM CST

Payment on your account is now currently due. Your prompt remittance of the balance in full is appreciated. For any account related questions please call (225) 218-0159. Thank you.

Created by carecloud

CONFIDENTIAL

Page 2 of 3

LEFEBURE(PL)0149

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602


001986
0103

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

| | |
|---|---|
| STATEMENT DATE | 09/11/2021 |
| PAY THIS AMOUNT | $1206.00 |

**ADDRESSEE:**
227 03

PRISCILLA LEFEBURE

**PLEASE MAIL PAYMENTS TO:**

KAREN C. DANTIN, MD
15049 FLORIDA BLVD
BATON ROUGE, LA 70819-2602

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please detach and return top portion with your payment.

### KAREN C. DANTIN, MD

Patient Name: PRISCILLA LEFEBURE
Statement Date: 09/11/2021     Provider: Karen Dantin
Account #:     Insurance:

| | |
|---|---|
| Total amount due now | $1206.00 |
| Payment due by | 10/01/2021 |

| Service Date | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 06/28/2021 | 80305 - DRUG TEST PRSMV DIR OPT OBS | $30.00 | | $30.00 |

| Current | 31-60 days | 61-90 days | Over 90 days | Unapplied | Total amount due now: |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $60.00 | $1146.00 | $0.00 | $1206.00 |

Messages

For inquiries call (225) 218-0159
Mon-Fri 8:00AM to 4:00PM CST

Payment on your account is now currently due. Your prompt remittance of the balance in full is appreciated. For any account related questions please call (225) 218-0159. Thank you.

Created by carecloud

Page 3 of 3

CONFIDENTIAL

LEFEBURE(PL)0150

1617-CCSTMT-4652857-3239773382-P; 21463161-1-227; 33333189-3;