UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## DEFENDANT BARRETT BOEKER'S MOTION IN LIMINE TO EXCLUDE ANY ARGUMENT, TESTIMONY OR COMMENTS ABOUT PLAINTIFF'S DISMISSED CLAIMS

NOW INTO COURT, through the undersigned counsel comes, Defendant, Barrett Boeker ("Mr. Boeker" or "Defendant") who respectfully moves for entry of an order in limine excluding any evidence, argument, testimony or comments from any witness and/or counsel about the grand jury proceeding in Mr. Boeker's related criminal prosecution, the criminal investigation for same and any evidence, argument or comments from any witness and/or counsel about any of Plaintiff's dismissed claims. In accordance with this Court's prior Order (R.Doc.263), undersigned counsel had a telephone conference with Plaintiff's counsel today about the instant motion. However, despite the parties' best efforts to resolve the issues subject of this motion, no resolution was obtained. Consequently, Mr. Boeker respectfully submits that judicial intervention is necessary.

WHEREFORE, Defendant, Barret Boeker prays that this motion be granted and that an order in limine issue excluding any evidence, argument, testimony or comments from any witness and/or counsel about the grand jury proceeding in Mr. Boeker's related criminal prosecution, the

1

criminal investigation for same and any evidence, argument or comments from any witness and/or counsel about any of Plaintiff's dismissed claims.

        Respectfully submitted,

        **SMITH LAW FIRM**

        */s/ J. Arthur Smith, III*
        J. Arthur Smith, III, T.A. (La. #07730)
        830 North Street
        Baton Rouge, La 70802
        Telephone (225) 383-7716
        Facsimile (225) 383-7773
        Email: jasmith@jarthursmith.com


        MICHAEL J. JEFFERSON
        ATTORNEY AT LAW
        La. Bar Roll No. 22430
        P.O. Box 1906
        Baton Rouge, LA 70821-1906
        mjefferson@mjjefferson.com

        *Counsel for Defendant, Barrett Boeker*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 24th day of July, 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

        */s/ J. Arthur Smith, III*
        J. Arthur Smith, III

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## ORDER

CONSIDERING, Defendant Barret Boeker's Motion in Limine To Exclude Any Argument, Testimony Or Comments About Plaintiff's Dismissed Claims;

IT IS HEREBY ORDERED that the motion is GRANTED and that any evidence, argument, testimony or comments from any witness and/or counsel about the grand jury proceeding in Mr. Boeker's related criminal prosecution, the criminal investigation for same and any evidence, argument or comments from any witness and/or counsel about any of Plaintiff's dismissed claims are excluded from evidence and prohibited at the trial of this matter.

Thus done and signed in Baton Rouge, Louisiana this _____ day of _____, 2024.

_____
HON. BRIAN A. JACKSON
U.S. District Court Judge
Middle District of Louisiana