**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

---

**DEFENDANT BARRETT BOEKER'S CERTIFICATION OF MEETING AND CONFERENCE REGARDING MOTIONS IN LIMINE, R.DOCS. 273-274**

---

NOW INTO COURT, comes Defendant Barrett Boeker ("Mr. Boeker"), pursuant to LR 7(h) who HEREBY CERTIFIES that in accordance with this Court's prior Order (R.Doc.263), I, J. Arthur Smith, III, counsel for Mr. Boeker, had a telephone conference with Plaintiff's counsel, Jack Rutherford, yesterday as to the issues and subject matter subject of Mr. Boeker's motions in limine (R.Docs.273-274). However, despite the parties' best efforts to resolve the issues subject of those motions, no resolution was obtained.

Baton Rouge, Louisiana this 25th day of July, 2024.

                                     */s/ J. Arthur Smith, III*
                                         J. Arthur Smith, III

                                     Respectfully submitted,

                                     **SMITH LAW FIRM**

                                     */s/ J. Arthur Smith, III*
                                     J. Arthur Smith, III, T.A. (La. #07730)
                                     830 North Street
                                     Baton Rouge, La 70802
                                     Telephone (225) 383-7716
                                     Facsimile (225) 383-7773

         Email: jasmith@jarthursmith.com

         MICHAEL J. JEFFERSON
         ATTORNEY AT LAW
         La. Bar Roll No. 22430
         P.O. Box 1906
         Baton Rouge, LA 70821-1906
         mjefferson@mjjefferson.com

         *Counsel for Defendant, Barrett Boeker*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 25th day of July, 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

      */s/ J. Arthur Smith, III*
       J. Arthur Smith, III