UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE                                               CIVIL ACTION

VERSUS

BARRETT BOEKER, ET AL.                                  NO. 17-01791-BAJ-EWD

ORDER

Considering Plaintiff's **Second Motion For Extension Of Time To File Joint Proposed Pre-Trial Order (Doc. 271)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The parties' Proposed Joint Pretrial Order shall be filed on or before July 30, 2024.

Considering Defendant Barrett Boeker's **Expedited Consent Motion For Extension Of Time To File Motions In Limine (Doc. 269)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The parties may continue to file Motions in Limine, if necessary, until July 30, 2024.

**IT IS FURTHER ORDERED** that Defendant Boeker's **Motion For Leave For One Of Defendant's Counsel To Participate In Pre-Trial Conference By**

Telephone (Doc. 258) be and is hereby **TERMINATED AS MOOT**.

Baton Rouge, Louisiana, this 25th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**