## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>      *Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>      *Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

### DEFENDANT BARRETT BOEKER'S MOTION TO STRIKE R.DOC.273-4

NOW INTO COURT, through the undersigned counsel comes Defendant Barrett Boeker ("Mr. Boeker") who respectfully moves to strike R.Doc.273-4, Exhibit C, to Mr. Boeker's Motion in Limine as to any of Plaintiff's purported medical providers and any argument, testimony or comments about any of Plaintiff's alleged mental health disorders. In support of this motion, Mr. Boeker avers that:

1. On May 16, 2022, this Court granted the Consent Motion for Protective Order (R.Doc.127) and entered a protective order governing the use of certain private and confidential evidence in this litigation. (R.Doc.128)

2. Therein, this protective order states:

. . .

> 8. Except with the prior written consent of opposing counsel, all documents designated as "Confidential" and their contents may not be disclosed in any way, except to "Permitted Persons."

> 9. Except with the prior written consent of opposing counsel, all documents designated as "Confidential" and their contents may not be disclosed in any way to any non-party member of the media.

1

> 10. It is the responsibility of counsel for each party to maintain material designated as "Confidential" in a secure manner, so as to allow access only to "Permitted Persons." Receiving Parties shall exercise the same care with regard to the storage, custody, or use of Confidential Information as they would apply to their own material of the same or comparable confidentiality and sensitivity. Receiving Parties must take reasonable precautions to protect Confidential Information from loss, misuse and unauthorized access, disclosure, alteration and destruction.
>
> 11. All "Confidential Information" that is submitted to the Court or used in any proceeding before the Court shall remain subject to this Order. A party desiring to use information designated as "Confidential" in any proceeding before the Court in a fashion that would reveal its contents to non-Permitted Persons, shall provide the opposing counsel with at least fourteen (14) days' notice of that intent, to enable the other party to seek any additional protection that it may desire.

3. On July 24, 2024, Mr. Boeker filed a Motion in Limine to exclude to any treating medical provider testimony and/or expert reports from any of Plaintiff's purported medical providers and to exclude any argument, testimony or comments about any of Plaintiff's alleged mental health disorders. (R.Doc.273)

4. In connection with that motion, he attached as Exhibit C, certain medical bills of Plaintiff's (R.Doc.273-4), which undersigned counsel inadvertently did not notice were marked "Confidential," and thus subject to the above protective order. Mr. Boeker apologizes to the Court and Plaintiff for any confusion this unintentional submission may have caused.

5. Thus, to comply with the protective order, Mr. Boeker desires that R.Doc.273-4 be stricken from the record and submits that his description of same in his supporting memorandum is sufficient for the purposes of this Court deciding his pending Motion in Limine (R.Doc. 273)

WHEREFORE, Defendant Barrett Boeker prays that this motion be granted and that R.Doc.273-4, marked Exhibit C to his motion in limine (R.Doc.273), be stricken from the record.

Respectfully submitted,

**SMITH LAW FIRM**

<u>/s/ J. Arthur Smith, III</u>
J. Arthur Smith, III, T.A. (La. #07730)
830 North Street
Baton Rouge, La 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
Email: jasmith@jarthursmith.com


MICHAEL J. JEFFERSON
ATTORNEY AT LAW
La. Bar Roll No. 22430
P.O. Box 1906
Baton Rouge, LA 70821-1906
mjefferson@mjjefferson.com

*Counsel for Defendant, Barrett Boeker*


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>26th</u> day of July, 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

<u>/s/ J. Arthur Smith, III</u>
J. Arthur Smith, III

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## ORDER

CONSIDERING, the foregoing Motion to Strike R.Doc.273-4, and the reasons set forth therein;

IT IS HEREBY ORDERED that the motion is GRANTED and that R.Doc.273-4, marked Exhibit C to Defendant Barret Boeker's motion in limine (R.Doc.273), be stricken from the record.

Signed in Baton Rouge, Louisiana on this _____ day of _____, 2024.

_____
HON. JUDGE BRIAN A. JACKSON
United States District Court
Middle District of Louisiana