# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791-BAJ** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## ORGERON MOTION WITHDRAW AS CO-COUNSEL OF RECORD

NOW INTO COURT comes Plaintiff Priscilla Lefebure pursuant to Local Rule 83(b)(13), who respectfully moves this Court for an order allowing Jessica L. Orgeron, Louisiana Bar Roll #32623, one of her counsel of record, to withdraw. Ms. Orgeron has accepted a position as a judicial clerk and has, accordingly, resigned her position with Rutherford Law, PC.

Plaintiff Lefebure consents to Ms. Orgeron's withdrawal. Lead counsel for Plaintiff Lefebure, Jack Griffith Rutherford, will remain enrolled.

WHEREFORE, Plaintiff prays that her motion be granted and that Ms. Orgeron be permitted to withdraw as co-counsel.

**RESPECTFULLY SUBMITTED:**

*/s/Jessica L. Orgeron*
Jessica L. Orgeron, La. Bar No. 32623
Rutherford Law PC
900 Camp St., 3C8
New Orleans, Louisiana 70130
jess@rfordlaw.com

*/s/Jack Griffith Rutherford*
Jack G. Rutherford, La. Bar No. 34968
Rutherford Law PC
900 Camp St., 3C8
New Orleans, Louisiana 70130
jgr@rfordlaw.com
(415) 794-5639

*Counsel for Plaintiff Priscilla Lefebure*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of July 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

*/s/Jack Griffith Rutherford*
Jack Griffith Rutherford
