## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791-BAJ** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

### [PROPOSED] ORDER

CONSIDERING the foregoing Motion to Withdraw as Co-Counsel of Record for Plaintiff Priscilla Lefebure,

IT IS HEREBY ORDERED that the motion is GRANTED and that Jessica L. Orgeron (La. Bar Roll No. 32623) is withdrawn as counsel of record for Plaintiff Priscilla Lefebure and that her name is removed from the docket of this matter.

Signed in Baton Rouge, Louisiana on this _____ day of _____, 2024.

_____
HON. JUDGE BRIAN A. JACKSON
United States District Court
Middle District of Louisiana