# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

### DEFENDANT BARRETT BOEKER'S MOTION IN LIMINE TO EXCLUDE ANY ARGUMENT, TESTIMONY OR COMMENTS BY ANY WITNESS, THE PARTIES OR THEIR COUNSEL ABOUT MR. BOEKER'S ALLEGED PRIOR SEXUAL ASSAULT HEARSAY UNDER FEDERAL RULES OF EVIDENCE

NOW INTO COURT through the undersigned counsel comes Defendant, Barrett Boeker ("Mr. Boeker" or "Defendant") who respectfully files his Motion in Limine pursuant to Federal Rules of Evidence 401-403 801-803, 806, and 412 to exclude any argument, testimony or comments by any witness, parties or their counsel relating to any prior allegation that Mr. Boeker raped, sexually assaulted or sexually battered anyone. Such evidence would consist solely of inadmissible hearsay (Federal Rules of Evidence 801-803), would be irrelevant (Federal Rules of Evidence 401-402) and would be overly prejudicial to Mr. Boeker (Federal Rules of Evidence 403). For these reasons and those set forth in the attached memorandum in support of, Mr. Boeker's motion is due to be granted.

WHEREFORE, Defendant Barrett Boeker prays that his motion in limine be granted, and that an order issue herein excluding any hearsay evidence of argument, testimony or comments by any witness, parties or their counsel relating to any prior allegation that Mr. Boeker allegedly raped, sexually assaulted or sexually battered anyone.

Respectfully submitted,

**SMITH LAW FIRM**

*/s/ J. Arthur Smith III*
J. Arthur Smith III (La. #07730)
830 North Street
Baton Rouge, La 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
Email: jasmith@jarthursmith.com

MICHAEL J. JEFFERSON
ATTORNEY AT LAW
La. Bar Roll No. 22430
P.O. Box 1906
Baton Rouge, LA 70821-1906
mjefferson@mjjefferson.com

*Counsel for Defendant, Barrett Boeker*

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LR 7(h)

I HEREBY CERTIFY that on this 30th day of July, 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

I HEREBY FURTHER CERTIFY that in accordance with this Court's prior Order (R.Doc.263) and LR 7(h) the parties had a telephone conference yesterday regarding the issues subject of the instant motion. However, despite their best efforts, the parties were unable to obtain a resolution of the issues subject to the instant motion.

*/s/ J. Arthur Smith, III*
J. Arthur Smith, III