# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE** *Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.** *Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## ORDER

CONSIDERING, Defendant Barrett Boeker's Motion In Limine To Exclude Any Argument, Testimony or Comments Made By Any Witness, Parties Or Their Counsel Relating To Any Prior Allegation Made That Mr. Boeker Raped, Sexually Assaulted Or Sexually Battered Anyone and the reasons set forth therein;

IT IS HEREBY ORDERED that the motion is GRANTED.

Thus done and signed in Baton Rouge, Louisiana this _____ day of _____, 2024.

_____
HON. BRIAN A. JACKSON
U.S. District Judge
Middle District of Louisiana