UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE** | **CIVIL ACTION** |
| **VERSUS** | |
| **BARRETT BOEKER, ET AL.** | **NO. 17-01791-BAJ-EWD** |

### ORDER

Considering Defendant Barrett Boeker's **Motion To Strike (Doc. 278)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibit C to Boeker's Motion in Limine (Doc. 273), currently pending at Doc. 273-4, be and is hereby **STRICKEN**.

Baton Rouge, Louisiana, this 29th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**