# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**PRISCILLA LEFEBURE**                                        **CIVIL ACTION**

**VERSUS**

**BARRETT BOEKER, ET AL.**                          **NO. 17-01791-BAJ-EWD**

## ORDER

Considering Plaintiff's **Motion To Withdraw As Co-Counsel Of Record (Doc. 281)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**, and Attorney Jessica L. Orgeron be and is hereby **WITHDRAWN** as co-counsel of record for Plaintiff.

Baton Rouge, Louisiana, this 30th day of July, 2024

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**