UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE                                    CIVIL ACTION

VERSUS

BARRETT BOEKER, ET AL.                                NO. 17-01791-BAJ-EWD

SUPPLEMENTAL SCHEDULING ORDER

As described in detail at the Pretrial Conference held on July 30, 2024,

**IT IS ORDERED** that the schedule set forth in the Court's June 26, 2024 Order (Doc. 263) be and is hereby **SUPPLEMENTED** as follows:

1. Deadline to file Motions in Limine: **August 2, 2024**.

    Motions in limine are **disfavored**. The parties must confer in advance of filing any motions in limine in an attempt to resolve any such issue. Should a motion be necessary, the filing party must include a certification that he has conferred in a good faith effort to resolve the issue and was unable to reach an agreement.

2. Deadline to respond to Motions in Limine: **August 14, 2024**.

3. Hearing on Motions in Limine: **August 21, 2024, at 9:30 A.M. in Courtroom 2**.

4. Deadline to arrange for an AV trial run with Courtroom Deputy Elizabeth Breda: **August 26, 2024**.

5. Deadline to submit proposed jury instructions, voir dire, and joint verdict form: **August 26, 2024**.

6. Deadline to submit witness lists and exhibit lists to CM/ECF: **September 6, 2024**.

7. Deadline to upload exhibits to JERS: **September 6, 2024**.

    All exhibits uploaded to JERS should be labeled as Joint, Plaintiff's, or Defendant's. Additionally, if documents contain protected information, the parties must upload redacted **AND** unredacted versions and label each exhibit accordingly.

>   The electronic evidence files shall be provided using the specific format outlined under the courtroom technology tab on the Court's website: https://www.lamd.uscourts.gov/jers. Any evidence admitted during the trial that was not previously submitted to the Court electronically, or any substitutions of any evidence previously provided electronically, must be re-uploaded to JERS and provided to the Courtroom Deputy either during a recess or prior to the continuation of the trial the following day, in the same format previously described. All parties are required to bring to trial at least one hard copy set of exhibits.
>
> 8. Deadline to notify the Court of any exhibit that the Court is required to review for content moderation purposes: **September 6, 2024**. The Court will review the exhibits in JERS and notify the parties if any modifications must be made.

The deadlines set forth in this Order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed, or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Federal Rule of Civil Procedure 16. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

**IT IS FURTHER ORDERED** that the parties shall participate in a settlement conference with Magistrate Judge Erin Wilder-Doomes. To schedule the conference, the parties shall contact the Magistrate Judge Wilder-Doomes' Chambers at (225) 389-3584 on or before August 2, 2024.

Baton Rouge, Louisiana, this 31st day of July, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA