UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## ORDER

CONSIDERING, the foregoing Motion in Limine to Exclude Polygraph Evidence and Related Testimony:

IT IS HEREBY ORDERED that the motion is GRANTED and the Defendant is PROHIBITED from introducing evidence, references to evidence, any and all testimony, or argument relating to defendant's submission to a polygraph examination or his purported polygraph results.

Signed in Baton Rouge, Louisiana on this _____ day of _____, 2024.

_____
HON. JUDGE BRIAN A. JACKSON
United States District Court
Middle District of Louisiana