UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESCILLA LEFEBURE | |
| | CIVIL ACTION NO. 17-1791-SDD-EWD |
| VERSUS | |
| | |
| BARRETT BOEKER, ET AL | |

## DECLARATION OF SETTLEMENT EFFORTS

I, J. Arthur Smith, III, under penalty of perjury, do state that I am one of the attorneys for the defendant, Barrett Boeker, in this matter, that I have received no settlement offers from the plaintiff, and that I have made no settlement offers to the plaintiff in this case.

_____
J. ARTHUR SMITH, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

_/s/ J. Arthur Smith, III_
J. Arthur Smith, III

1