# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791-BAJ** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

### *EX PARTE* MOTION TO STRIKE PREMATUREELY SEALED DOCUMENT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Priscilla Lefebure who respectfully moves this Honorable Court to strike her reply brief filed this morning as Document No. 294 as her counsel erroneously filed the responsive brief under seal as the original motion had been filed under seal by consent motion, R.Doc. 277, and Court Order. R.Doc. 280.

Filing the responsive brief under the SEALED event was improper as Local Rule 5.2 requires any party wishing to file documents under seal to first obtain leave of the Court. Counsel's failure to adhere to this procedure necessitates the striking of the document from the record.

Counsel for Plaintiff will file a motion for leave to file Lefebure's opposition brief under seal.

**WHEREFORE**, Plaintiff prays that her motion be granted and that R.Doc. 294 be stricken from the record as prematurely sealed.

**RESPECTFULLY SUBMITTED:**

*/s/Jack Griffith Rutherford*
Jack G. Rutherford, La. Bar No. 34968
Rutherford Law PC
900 Camp St., 3C8
New Orleans, Louisiana 70130
jgr@rfordlaw.com
(415) 794-5639

*Counsel for Plaintiff Priscilla Lefebure*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this of 19th day of August 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

          */s/Jack Griffith Rutherford*
          Jack Griffith Rutherford

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | CIVIL ACTION NO. 3:17-cv-01791-BAJ |
| **VERSUS** | DISTRICT JUDGE BRIAN A. JACKSON |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | MAG. JUDGE ERIN WILDER-DOOMES |

## [PROPOSED] ORDER

CONSIDERING the foregoing *Ex Parte* Motion to Strike Prematurely Sealed Document,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that R.Doc. 294 is stricken from the record as prematurely sealed.

Signed in Baton Rouge, Louisiana on this ____ day of _____, 2024.

_____
HON. JUDGE BRIAN A. JACKSON
United States District Court
Middle District of Louisiana