UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791-BAJ** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

**[PROPOSED] ORDER**

CONSIDERING the foregoing *Ex Parte* Motion to Strike Prematurely Sealed Document,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that R.Doc. 294 is stricken from the record as prematurely sealed.

Signed in Baton Rouge, Louisiana on this ____ day of _____, 2024.

_____
HON. JUDGE BRIAN A. JACKSON
United States District Court
Middle District of Louisiana