UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791-BAJ** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE ANY ARGUMENT, TESTIMONY, OR COMMENTS ABOUT HER DISMISSED CLAIMS

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Priscilla Lefebure who respectfully opposes Defendant's motion *in limine* to exclude any argument, testimony, or comments regarding her dismissed claims.

Defendant seeks a broad and unclear order prohibiting any testimony that touches upon the "sufficiency of the criminal investigation" or prosecution for his alleged rape and sexual assault of Ms. Lefebure. Mem ISO Mot. at p. 1, R.Doc. 274-2. Defendant suggests that any such evidence, including evidence he attempted to cover-up his crimes, is irrelevant, would confuse a jury, waste resources, and that such evidence would be overly prejudicial to him. In support, Defendant refers to four issues of fact that Plaintiff has allegedly listed as "disputed" and "ripe for consideration at trial." Mem ISO Mot. at 3.

But these "disputed facts" were listed in the proposed pre-trial order by Defendant as ripe for trial and disputed, not by Plaintiff. Defendant cites to his own proposed pre-trial order (R.Doc. 283), which did not contain Plaintiff's note that these issues were not probative of a conclusive issue at trial. *See* R.Doc. 284 pp. 10-13.

Plaintiff does not intend to make the trial about the sufficiency of the investigation or prosecution against Defendant Boeker. Instead, Plaintiff intends to show that Boeker sexually

assaulted and raped her while in his uniform at his home on the prison grounds and that he was able to do so by leveraging his state authority. Evidence of these acts is likely to include testimony that the forensic medical examination was not collected by the District Attorney or the Sheriff's Department prior to the grand jury proceeding. Such evidence may also include testimony about Mr. Boeker's attempts to cover up his crimes and the injurious impact that had on Plaintiff. In this regard the evidence is relevant to Mr. Boeker's motive, intent, and lack of mistake as well as Ms. Lefebure's damages.

Defendant cites to three cases in support of his position. None is availing. Indeed, *Wright's Well v. Oceaneering Int'l*, (R.Doc. 274-1, Defendant's Mem. ISO Mot. at p. 5) directly holds "evidence and testimony related to the dismissed claims may also be relevant to the remaining claims and defenses" or to impeachment. *Wright's Well Control Servs., LLC v. Oceaneering Int'l, Inc.*, 2018 U.S. Dist. LEXIS 202409, Civ. No. 15–1720, *2 (E.D.La. May 3, 2018).

"Thus, evidence and testimony that are relevant to live claims and defenses are not inadmissible because they are also related to dismissed claims." *Id.* at *5-6.

Defendant should not be allowed to exclude relevant evidence simply because it does not support him. *See Fairley v. Wal-Mart Stores, Inc.*, 2016 U.S.Dist.LEXIS, Civ. No. 15-0462, *6 (E.D.La. Nov. 7, 2016) ("[r]elevant evidence is inherently prejudicial; but it is only unfair prejudice, substantially outweighing probative value, which permits exclusion of relevant matter under Rule 403."). Where testimony and evidence is relevant to plaintiffs underlying claims, it should be allowed to be presented to the jury at trial. Boeker's motion should be denied.

**RESPECTFULLY SUBMITTED:**

/s/*Jack Griffith Rutherford*
Jack G. Rutherford, La. Bar No. 34968
Rutherford Law PC
900 Camp St., 3C8
New Orleans, Louisiana 70130
jgr@rfordlaw.com
(415) 794-5639

*Counsel for Plaintiff Priscilla Lefebure*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 20th day of August 2024, a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

                                        */s/Jack Griffith Rutherford*
                                        Jack Griffith Rutherford