UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISCILLA LEFEBURE     CIVIL ACTION

VERSUS

BARRETT BOEKER, ET AL.     NO. 17-01791-BAJ-EWD

### ORDER

**IT IS ORDERED** that Plaintiff's **Ex Parte Motion To Strike Incorrectly Filed Document (Doc. 295)** be and is hereby **GRANTED**, and Plaintiff's Sealed Memorandum In Opposition To Sealed Motion In Limine to Admit Evidence (Doc. 294) be and is hereby **STRICKEN**.

Baton Rouge, Louisiana, this 21st day of August, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA