# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>    *Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>    *Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## MOTION FOR JURY QUESTIONNAIRE

**NOW INTO COURT,** through undersigned counsel, comes the defendant, Barrett Boeker, who respectfully requests that the Court deliver the attached written questionnaire to the potential jurors. This request for a written questionnaire is necessitated by the highly private and sensitive nature regarding questions as to sexual topics and the presumed reluctance of people to discuss their sexual experiences in open court. In the event of a "yes" answer to any questions, the defendant respectfully requests an individual follow up interview of each prospective juror.

Respectfully Submitted,

| | |
|---|---|
| */s/ Michael J. Jefferson*<br>Michael J. Jefferson<br>La. Bar Roll No. 22430<br>ATTORNEY AT LAW<br>P.O. Box 1906<br>Baton Rouge, LA 70821-1906<br>Tel. (225) 933-6663<br>Email: mjefferson@mjjefferson.com | */s/ J. Arthur Smith, III*<br>J. Arthur Smith, III<br>La. Bar Roll No. 07730<br>SMITH LAW FIRM<br>830 North Street<br>Baton Rouge, La 70802<br>Telephone (225) 383-7716<br>Facsimile (225) 383-7773<br>Email: jasmith@jarthursmith.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for electronic service.

*/s/ J. Arthur Smith, III*
J. Arthur Smith, III