UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## JURY QUESTIONNAIRE

1. Have you, a family member, or a close friend been sexually abused, sexually assaulted, been a victim of, or other sex crime as an adult?

2. Have you, a family member, or close fried been accused of committing sexual abuse, sexual assault, or other sex crime upon an adult?

3. Have you, a family member, or a close friend been wrongfully or falsely accused of committing sexual abuse, sexual assault, or other sex crime upon an adult?

4. If you have answered yes to any of these questions, please discuss your experience.

**RESPECTFULLY SUBMITTED:**

SMITH LAW FIRM

   */s/ J. Arthur Smith, III*
J. ARTHUR SMITH, III, T.A.
La. Bar Roll No. 07730
830 North Street
Baton Rouge, LA 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
*Attorneys for Plaintiff,*
*Barrett Boeker*

   */s/ Michael J. Jefferson*
Michael J. Jefferson
La. Bar Roll No. 22430
830 North Street
Baton Rouge, LA 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
*Attorneys for Plaintiff,*
*Barrett Boeker*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that the above and foregoing has this day been electronically filed with the Clerk of Court of the United States Middle District of Louisiana, and that a copy of same has been served upon all counsel of record by automatic operation of the Court's ECF/ECM case filing system.

   Baton Rouge, Louisiana this 26th day of August, 2024.

   */s/ J. Arthur Smith, III*
   J. Arthur Smith, III