UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

**DEFENDANT'S PROPOSED VOIR DIRE**

The defendant Barrett Boeker respectfully requests that the potential jurors be asked the following questions:

(1) Over the past several years, there have been numerous reports of celebrities and politicians having unwanted and inappropriate sex. Has everybody heard something about that?

(2) Bill Cosby, Harvey Weinstein, Matt Lauer, and even former president Trump have all been accused of inappropriate sexual behavior. What do you thing about that?

(3) Frequently, only two people are present when a sex act is committed, the accused perpetrator and the purported victim. So at trial, the only direct evidence of the act is the testimony of the purported victim…because no one else saw it happen.

Some people believe that, in order to be liable for an unwanted sex act, there needs to be some type of forensic testing. For example, a test that shows the Defendant's semen in the victim, or a DNA test that shows the Defendant's DNA on the Victim's clothing or underwear.

1

Which way do you lean?

(4)     Do you think the Plaintiff needs to provide some forengic testing to corroborate the plaintiff's story in order to get a conviction?

(5)     When you think about the issue of consent when it comes to sex, what does that mean to you?

   (a)   How many folks believe that both people need to verbally say "yes" for there to be consent?

   (b)   How many folks believe that as long as neither person says no, there is consent?

   (c)   For those who disagree, what else is needed for there to be actual consent?

(6)     What if alcohol is involved? If both people have been drinking, does that change what consent looks like?

   (a)   For those who believe yes, how so?

(7)     How many folks have strong feelings when it comes to alcohol use? Please explain.

(8)     Some people feel, when there is an accusation of rape or sexual assault, it is important to believe all women, no matter what. Others feel, when it comes to rape or sexual assault allegations, they would need more information in order to make a decision and not base it on gender alone. Which are you a little closer to?

   (a)   Some people automatically believe the woman and expect the person who was accused of rape or sexual assault that it did not happen. Who feels that way?

    (b)    The reason I ask is because the law provides that the burden is on the accuser to prove that the assault did in fact happen rather than the burden being placed on the accused to prove otherwise.

(9) Based on the issues we have discussed and what you have heard about the type of case this is so far, what trouble would you have, even just a little, sitting as a juror in a case like this?

1. What is your current employment status? *(Check ALL that apply)*

   \_\_\_\_\_ Employed full time (over 30 hours per week)
   \_\_\_\_\_ Employed part-time (5-30 hours per week)
   \_\_\_\_\_ Unemployed
   \_\_\_\_\_ Retired    If retired, where did you work and when did you retire?

   \_\_\_\_\_ Student    Part-time _____ Full-time _____
   \_\_\_\_\_ Homemaker
   \_\_\_\_\_ Disabled and unable to work

2. Employer _____ For how long?

3. Describe your current job(s); what do you do?

4. EDUCATION

Please answer the <u>highest</u> that applies:

(Place your check mark clearly to show exactly what your answer is.)

12th grade or less (no high school diploma)

   What was the last grade you completed?

3

12th grade (high school diploma or GED)

Some college or vocational school, or AA degree

Four-year college degree

More than four years of college

Completed graduate or professional school

5. College major(s)

6. College minor(s)

7. Have you or anyone close to you ever taken or attended any social work, social services, counseling classes, lectures or training?
   Yes   No

   Please describe:

8. Have you or anyone close to you ever taken or attended any classes, lectures or training in criminal law, criminal justice, criminology, false accusations or law enforcement?
   Yes   No

   Please describe:

9. MARITAL STATUS (answer *ALL* that apply):
   Single, never married
   Currently married and have been for _____ years
   Separated but married for _____ years
   Divorced; married for _____ years
   Single but married in the past for _____ years
   Partnered/significant other for _____ years

Widow/Widower; married for _____ years

Other

If you've been married, how many times have you been married?

10. Is your spouse, ex-spouse or the person with whom you are living employed?

　　　Yes　　No

If so, where are they employed?

What kind of work do they do?

If your spouse, ex-spouse or the person with whom you are living is not currently employed, what kind of work have they done in the past?

11. Aside from honesty and religion, what are three of the most important values you have learned in life?

1.

2.

3.

12. Aside from honesty and religion, what are three of the most important values you hope your children learn(ed) from you?

1.

2.

3.

13. Who are the three people in political or public life you admire *most*?

1.

2.

3.


14. Who are the three people in political or public life you admire *least*?

1.

2.

3.

If you could change or fix three things about America today, what would they be?

1.

2.

3.


15. POLITICAL AFFILIATION:

Democrat

Republican

Independent

Libertarian

Other (please specify:)

None


16. In general, where do you fall on the political spectrum?

Very conservative

Somewhat conservative

Middle of the road

Somewhat liberal

Very liberal

6

Other (please specify:)

17. Have you or anyone close to you ever *wanted* to sue anyone?

Yes

No

18. Have you ever advised anyone to sue?

Yes

No

If so, please explain:

19. Have you ever advised anyone *not* to sue?

Yes

No

If so, please explain:

20. Have you or anyone close to you ever sued someone?    Yes    No
If so, please explain:
(If applicable) Who was your lawyer?

21. Have you or anyone close to you been sued?   Yes   No
If so, please explain:

22. Have you or anyone close to you ever been sexually assaulted or had any unwanted physical or sexual contact?

Yes   No

Who was touched or assaulted?

How did it occur?

How long ago did this happen?

Was anyone arrested?  Yes   No

If so, what was the outcome?:

23. Have you or anyone you know personally ever been accused of sexual assault or any unwanted physical or sexual contact (whether there were charges filed or not)?

 Yes   No

If so, please explain:

24. Do you know anyone who has ever been *falsely* accused of sexual assault or any unwanted physical or sexual contact (whether there were charges filed or not)?

 Yes   No

If so, please explain:

Was anyone arrested?

If so, what was the outcome?"

25. Do you know anyone who has ever accused another of wrongdoing as part of a scheme or revenge?

Yes   No

If so, please describe:

26. Have you or anyone you know personally been diagnosed with any type of mental health disease or disorder?

Yes   No

If so, please describe:

27. Have you or anyone you know personally been treated for a mental illness?

Yes   No

If so, please describe:

28. Do you or anyone close to you have a physical or mental disability or handicap?

Yes   No

If so, please describe:

29. Have you or anyone close to you provided care for anyone with a physical or mental disability or handicap?

Yes   No
If so, please describe:

30. Do you have any bumper stickers on your laptop or vehicle?  Yes   No
If so, what do the bumper stickers say? *(List ALL)*

31. Have you ever served as a juror:

In a civil case?         Yes  No          How Many Times?

In a criminal case?      Yes  No          How Many Times?

As a grand juror?        Yes  No          How Many Times?

If so, did you ever serve as a foreperson?    Yes  No      How many times?

If you have served as a juror, did you vote with the majority of the jury?

If you have served as a juror, what might your earlier experience bring to this juror service?

31. Have you or anyone close to you ever been employed in the field of law enforcement or by an attorney or as an attorney?  Yes    No

Please describe:

32. This case involves allegations of rape.  Given the kind of person you are, your experiences in life, your opinions and attitudes, and the kinds of things that you know and believe, what is there about you – other than your ability to be fair and listen to both sides – that you think might help you be a juror in this kind of case?

9

33. And what is there about you that you think might make it a little harder for you to be a juror in this kind of case?

34. Do you (1) have any *physical problems* (for example, with your health, sight or hearing) that might make it difficult for you to serve on this jury; (2) take any *medication* that could affect your ability to serve on this jury; or (3) have any problems with *concentration, attention or learning disorders* that might make it difficult for you to serve on this jury?

    Yes   No

    If so, please describe:

35. Have you read, seen or heard anything about this case?

    Yes   No

    If so, please describe:

    Given what you have heard, do you have an opinion about this case?

36. Do you know anyone who is connected with this case in any way?

Yes   No

If so, please explain or give details:

37. Are you aware of any thing you would like to bring to the Court's attention that might affect your ability to be fair and impartial in this case?

    Yes   No

    If so, please explain:

38. Is there anything you think you should bring to the attention of this Court regarding your service as a juror on this case?

    Yes   No

If so, please explain:

**ESPECTFULLY SUBMITTED:**

SMITH LAW FIRM

*/s/ J. Arthur Smith, III*
J. ARTHUR SMITH, III, T.A.
La. Bar Roll No. 07730
830 North Street
Baton Rouge, LA 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
*Attorneys for Plaintiff,*
*Barrett Boeker*

*/s/ Michael J. Jefferson*
Michael J. Jefferson
La. Bar Roll No. 22430
830 North Street
Baton Rouge, LA 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
*Attorneys for Plaintiff,*
*Barrett Boeker*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing has this day been electronically filed with the Clerk of Court of the United States Middle District of Louisiana, and that a copy of same has been served upon all counsel of record by automatic operation of the Court's ECF/ECM case filing system.

      Baton Rouge, Louisiana this 26th day of August, 2024.

                                    */s/ J. Arthur Smith, III*
                                      J. Arthur Smith, III