# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>          *Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>          *Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

## DEFENDANT'S PROPOSED VERDICT FORM

### CLAIM I – COLOR OF STATE LAW CLAIM

**INTERROGATORY NO. 1:**

Has the plaintiff, Priscilla Lefebure, proven by preponderance of the evidence that, on December 1, 2016, the defendant, Barrett Boeker was acting under the color of state law when he had sex with the plaintiff, Priscilla Lefebure.

**INTERROGATORY NO. 2:**

Has the plaintiff, Priscilla Lefebure, proven by preponderance of the evidence that on December 3, 2016 date, when she allegedly had a sexual encounter with the defendant, Barrett Boeker, that Barrett Boeker was acting under the color of state law?

### CLAIM II – 14TH AMENDMENT BODILY INTEGRITY CLAIM

**INTERROGATORY NO. 3:**

Do you find that the plaintiff, Priscilla Lefebure, has proven by preponderance of the evidence that she did not consent to sex with Barrett Boeker on December 1, 2016.

**INTERROGATORY NO. 4:**

1

Do you find that the plaintiff, Priscilla Lefebure, has proven by preponderous of the evidence that she did not consent to a sexual encounter with Barrett Boeker on December 3, 2016.

**CLAIM III- DAMAGES**

**<u>INTERROGATORY NO. 5:</u>**

Do you find that the Plaintiff, Priscilla Lefebure, suffered any compensatory damages from violation of her Fourteenth Amendment rights?

Yes ____    No ____

(If you marked "Yes", please proceed to Interrogatory No. 6.)

**<u>INTERROGATORY NO. 6:</u>**

What amount will compensate Priscilla Lefebure for her damages she suffered as a result of the violation of her Fourteenth Amendment rights?

AMOUNT: $_____


(Please sign the verdict form and hand it in.)

_____
Jury Foreperson            Date

                                          **RESPECTFULLY SUBMITTED:**

                                          SMITH LAW FIRM

                                          ___/s/ J. Arthur Smith, III_____
                                          J. ARTHUR SMITH, III, T.A.
                                          La. Bar Roll No. 07730
                                          830 North Street
                                          Baton Rouge, LA 70802
                                          Telephone (225) 383-7716
                                          Facsimile (225) 383-7773
                                          *Attorneys for Plaintiff,*
                                          *Barrett Boeker*

                                          Michael J. Jefferson
                                          La. Bar Roll No. 22430

830 North Street  
Baton Rouge, LA 70802  
Telephone (225) 383-7716  
Facsimile (225) 383-7773  
*Attorneys for Plaintiff,*  
*Barrett Boeker*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has this day been electronically filed with the Clerk of Court of the United States Middle District of Louisiana, and that a copy of same has been served upon all counsel of record by automatic operation of the Court's ECF/ECM case filing system.

Baton Rouge, Louisiana this 26th day of August, 2024.

                                           */s/ J. Arthur Smith, III*  
                                             J. Arthur Smith, III