UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRISCILLA LEFEBURE, *et al.* ) | |
| Plaintiff, ) | Docket No.17-cv-1791-BAJ-EWD |
| v. ) | |
| BARRETT BOEKER, *et al.* ) | |
| Defendants. ) | |

*EX PARTE* MOTION TO ENROLL AARON J. HURD
AS ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF PRISCILLA LEFEBURE

**NOW INTO COURT,** comes Plaintiff Priscilla Lefebure, by and through her undersigned counsel Jack G. Rutherford who moves pursuant to Local Rule 83(b)(14) that attorney Aaron J. Hurd be enrolled as additional counsel of record for plaintiff in the above-captioned matter.

In support of this motion, undersigned counsel states as follows:

1. Mr. Hurd is an attorney in private practice in Metairie, Louisiana. Mr. Hurd is a member in good standing of the Louisiana State Bar and is admitted to appear before this honorable federal district Court.

2. Mr. Hurd's contact information is as follows:

> Aaron J. Hurd (La. Bar No. 34601)
> 1 Galleria Blvd., Ste 1900
> Metairie, LA 70001
> phone: (504) 250-9307
> fax: (877) 498-0749
> email: aaron@hurdfirm.com

3. Mr. Hurd is familiar with the record in the above-captioned matter and the local rules of this Court.

1

4.      Undersigned counsel Jack Griffith Rutherford shall remain enrolled as lead counsel for Plaintiff Lefebure.

**WHEREFORE**, the undersigned respectfully requests that this Court grant the *Ex Parte* Motion to Enroll Aaron J. Hurd as Additional Counsel of Record for the Plaintiff.

**DATED**:  August 28, 2024.

                                Respectfully submitted,


                                */s/  Jack Griffith Rutherford*
                                Jack Griffith Rutherford
                                La. Bar No. 34968
                                RUTHERFORD LAW, PC
                                900 Camp. St., #3C8
                                New Orleans, LA 70130
                                phone: (415) 794-5639
                                email: jgr@rfordlaw.com

                                *Attorneys for Plaintiff Priscilla Lefebure*

2