UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRISCILLA LEFEBURE, *et al.* ) | |
| ) | |
| Plaintiff, ) | Docket No.17-cv-1791-BAJ-EWD |
| v. ) | |
| ) | |
| BARRETT BOEKER, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

Considering the foregoing *Ex Parte Motion to Enroll Aaron J. Hurd as Additional Counsel of Record for Plaintiff Priscilla Lefebure* by Plaintiff's counsel and for the reasons stated therein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the *Ex Parte Motion to Enroll Aaron J. Hurd as Additional Counsel of Record* is hereby **GRANTED**.

Aaron J. Hurd of the Hurd Firm shall be and is hereby enrolled as counsel of record for Plaintiff in the above-captioned matter.

Signed in Baton Rouge, Louisiana, on this _____ of _____, 2024.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA