# LOUISIANA STATE POLICE CRIME LABORATORY
## REQUEST FOR SCIENTIFIC ANALYSIS
### LSP CL NUMBER SP-8252-17

**PROSECUTING AUTHORITY:**
- ☒ Dist: 20th J.D. of Louisiana
- ☐ City:
- ☐ Fed:

PAGE 1 OF 1
- ☒ New Case
- ☐ Additional Evidence
- ☐ Resubmission

| Field | Value |
|---|---|
| SUBMITTING AGENCY: | West Feliciana Parish Sheriff's Office |
| ADDRESS: | P O Box 2253 |
| CITY: | St. Francisville |
| ZIP: | 70775 |
| AGENCY CASE NUMBER: | 16-00005747 |
| ACCIDENT REPORT NUMBER: | |
| LSP LOG NUMBER: | |
| NAME OF PRIMARY CASE OFFICER: | Capt. Michaela Magee |
| CONTACT PHONE(S): | 225-721-2925 |
| EMAIL ADDRESS: | mmagee@wfpso.org |
| OFFENSE(S): | Forcible Rape RS 14:42.1 |
| DATE OF OFFENSE(S): | 11/30/2016 |
| PARISH OF OFFENSE(S): | West Feliciana |

**TYPE OF CASE:**
- ☐ FATALITY
- ☐ SERIOUS INJURY
- ☐ WARRANT COLL.
- ☐ BAC ___ g%

**CASE SYNOPSIS:** Victim reported that suspect forced himself upon her.

**REPORT ATTACHED?** ☒ YES ☐ NO

| SUBJECT NAME (LAST, FIRST, MIDDLE) | S/V/E | DECD | RACE | SEX | DOB (MM/DD/YY) | JUV | DL# / STATE | STATE SID# |
|---|---|---|---|---|---|---|---|---|
| Boeker, Barrett Louis | S | ☐ | W | M | ■■■■■ | ☐ | ■■■■■ | |
| Lefebure, Priscilla Noel | V | ☐ | W | F | 12/09/1993 | ☐ | LA 1054503 | |

S/V/E = SUSPECT / VICTIM / ELIMINATION    DECD = DECEASED    JUV = JUVENILE

**REQUEST CODES:**
- AC = ALCOHOL CONTENT
- AR = FIRE DEBRIS
- BA = BLOOD ALCOHOL
- CDS = CONTROLLED SUBSTANCE
- DNA
- FC = FRACTURE COMPARISON
- FILA = LAMP FILAMENT
- FIRE = FIREARMS
- GSR = GUNSHOT RESIDUE
- IC = IMPRESSION COMPARISON
- MJ = MARIJUANA
- NIBIN
- PC = PRINT COMPARISON
- PP = PRINT PROCESSING
- SN = SERIAL RESTORATION
- TOX = DRUG SCREEN
- VE = VEHICLE EXAM
- OT = OTHER (DETAILS)

| EVIDENCE / BA KIT NO. | DESCRIPTION OF EVIDENCE (DESCRIBE CONTAINERS, CONTENTS, ETC.) | REQUEST CODE |
|---|---|---|
| 1 | One (1) sexual assault kit from victim Priscilla N. Lefebure | DNA |
| 2 | One (1) buccal swab from suspect Barrett L. Boeker | DNA |

**CHAIN OF CUSTODY**

EVIDENCE DELIVERED BY:
PRINT NAME: Cpl. David Ellis
SIGNATURE: [signature]

EVIDENCE RECEIVED BY:
SIGNATURE: [signature] Attard
DATE: 6-26-17
TIME: 1:18 pm

**EVIDENCE RETURN**

RELEASED TO (PRINT): _____ RELEASED BY: _____ ITEM(S): _____
SIGNATURE: _____ DATE: _____

RELEASED TO (PRINT): _____ RELEASED BY: _____ ITEM(S): _____
SIGNATURE: _____ DATE: _____

376 East Airport Ave. - Baton Rouge, LA 70806 - 225-925-6216 - 225-925-6217 (Fax)

DPSSP 4805 (9/15)    Rev 1.15.16

**EXHIBIT 1**

LEF0091

| PROSECUTING AUTHORITY | LOUISIANA STATE POLICE CRIME LABORATORY | PAGE 1 OF 1 |
|---|---|---|
| ☑ Dist: 20th J.D. of Louisiana | **REQUEST FOR SCIENTIFIC ANALYSIS** | New Case ☑ |
| ☐ City: | | Additional Evidence ☐ |
| ☐ Fed: | **LSP CL NUMBER SP-8252-17** | Resubmission ☐ |

| SUBMITTING AGENCY: West Feliciana Parish Sheriff's Office | ADDRESS: P O Box 2253 | CITY: St. Francisville | ZIP: 70775 |
|---|---|---|---|
| AGENCY CASE NUMBER: 16-00005747 | ACCIDENT REPORT NUMBER: | LSP LOG NUMBER: | |
| NAME OF PRIMARY CASE OFFICER: Capt. Michaela Magee | CONTACT PHONE(S): 225-721-2925 | EMAIL ADDRESS: mmagee@wfpso.org | |

| OFFENSE(S): Forcible Rape RS 14:42.1 | DATE OF OFFENSE(S): 11/30/2016 | PARISH OF OFFENSE(S): West Feliciana |
|---|---|---|

| TYPE OF CASE: | CASE SYNOPSIS: | REPORT ATTACHED? |
|---|---|---|
| ☐ FATALITY | Victim reported that suspect forced himself upon her. | ☑ YES ☐ NO |
| ☐ SERIOUS INJURY | | |
| ☐ WARRANT COLL. | | |
| ☐ BAC ___ g% | | |

| SUBJECT NAME (LAST, FIRST, MIDDLE) | S/V/E | DECD | RACE | SEX | DOB (MM/DD/YY) | JUV | DL# / STATE | STATE SID# |
|---|---|---|---|---|---|---|---|---|
| Booker, Barrett Louis | S | ☐ | W | M | [redacted] | ☐ | [redacted] | |
| Lefebure, Priscilla Noel | V | ☐ | W | F | 12/09/1993 | ☐ | LA 1054503 | |

S/V/E = SUSPECT / VICTIM / ELIMINATION    DECD = DECEASED    JUV = JUVENILE

**REQUEST CODES:** AC = ALCOHOL CONTENT, AR = FIRE DEBRIS, BA = BLOOD ALCOHOL, CDS = CONTROLLED SUBSTANCE, DNA, FC = FRACTURE COMPARISON, FILA = LAMP FILAMENT, FIRE = FIREARMS, GSR = GUNSHOT RESIDUE, IC = IMPRESSION COMPARISON, MJ = MARIJUANA, MBIN, PC = PRINT COMPARISON, PP = PRINT PROCESSING, SN = SERIAL RESTORATION, TOX = DRUG SCREEN, VE = VEHICLE EXAM, OT = OTHER (DETAILS)

| EVIDENCE / BA KIT NO. | DESCRIPTION OF EVIDENCE (DESCRIBE CONTAINERS, CONTENTS, ETC.) | REQUEST CODE |
|---|---|---|
| 1 | One (1) sexual assault kit from victim Priscilla N. Lefebure | DNA |
| 2 | One (1) buccal swab from suspect Barrett L. Booker | DNA |

√ MM 7/25

**CHAIN OF CUSTODY**

EVIDENCE DELIVERED BY: Cpl. David Ellis
PRINT NAME: Cpl. David Ellis
SIGNATURE: [signed]

EVIDENCE RECEIVED BY: [signed] ahcard
6-28-17 / 6-26-17    SIGNATURE    1:18 pm    TIME

**EVIDENCE RETURN**

RELEASED TO (PRINT): _____   RELEASED BY: _____   ITEM(S): _____
SIGNATURE: _____   DATE: _____

RELEASED TO (PRINT): _____   RELEASED BY: _____   ITEM(S): _____
SIGNATURE: _____   DATE: _____



| Louisiana State Police Crime Laboratory Scientific Analysis Report | Lab Case #: SP-008252-17<br>Agency Case #: 16-00005747<br>Case Officer: Michaela Magee<br>Parish of Offense: West Feliciana |
|---|---|

www.lsp.org

**AGENCY**
West Feliciana Parish Sheriff's Office
P.O. Box 2253
St. Francisville, LA 70775

20th Judicial District, Parish of West Feliciana
Office of the District Attorney
P.O. Box 1247
St. Francisville, LA 70775

**INDIVIDUALS**
Barrett Louis Boeker – Suspect                    Priscilla Noel Lefebure – Victim

**ANALYSIS REQUESTED** DNA. This examination was completed on 7/13/2017 and the report was released on 7/13/2017.

**EVIDENCE SUBMITTED**
On 6/26/2017 at 1:18 PM, Crime Lab Technician Ashley Heard received the following evidence from the West Feliciana Parish Sheriff's Office via David Ellis:

| | |
|---|---|
| Evidence Submission 0001: | Exhibit 1: One sealed sexual assault evidence collection kit from Priscilla Lefebure |
| Exhibit #0001-01A: | Priscilla Lefebure: One dried reference blood sample |
| Exhibit #0001-01B: | Two internal vaginal swabs and extract |
| Exhibit #0001-01C: | One cervical swab/extract |
| Exhibit #0001-01D: | Vaginal washings |
| Evidence Submission 0002: | One sealed evidence package which contained: |
| Exhibit #0002-02: | Barrett Louis Boeker: Two oral reference swabs |

**RESULTS AND CONCLUSIONS**
The following items were examined using Louisiana State Police Crime Laboratory (LSPCL) protocols:
Exhibits 1 and 2.

Evidence was screened for the presence of biological substances; see Forensic Biology Evidence Screening Results.

DNA analysis was performed on the following items using LSPCL protocols:
a portion of reference blood sample from Priscilla Lefebure (Exhibit 1A)
one internal vaginal swab (Exhibit 1B)
one cervical swab (Exhibit 1C)
a portion of vaginal washings (Exhibit 1D)
one oral reference swab from Barrett Louis Boeker (Exhibit 2).

Plexor HY testing on Exhibits 1B (E) and 1C (E) resulted in insufficient male DNA. Therefore, no further STR DNA analysis was performed on Exhibits 1B (E) and 1C (E).

The DNA from Exhibits 1A, 1B (S), 1C (S) and 1D (E and S) was amplified using the PCR-based PowerPlex Fusion 6C System. The DNA from Exhibit 2 was amplified using the PCR-based PowerPlex Fusion System. The samples

Report ID: SP-008252-17-0001



376 East Airport Avenue, Baton Rouge, Louisiana 70806
Phone (225) 925-6216 Fax (225) 925-6217
An ASCLD/LAB-*International* Accredited Testing Laboratory

Analyst's Initials: MCH
Page 1 of 3

ALI-162-T

LEF0093

were analyzed using a capillary electrophoresis instrument and DNA typing was conducted according to LSPCL protocols.

Exhibit 1A
A DNA profile was obtained from the reference sample from Priscilla Lefebure.

Exhibit 1B (S)
The DNA profile obtained from the sperm fraction of the internal vaginal swab was consistent with the DNA profile obtained from the reference sample from Priscilla Lefebure (Exhibit 1A).

Exhibit 1C (S)
The DNA profile obtained from the sperm fraction of the cervical swab was consistent with the DNA profile obtained from the reference sample from Priscilla Lefebure (Exhibit 1A).

Exhibit 1D (E and S)
Priscilla Lefebure (Exhibit 1A) cannot be excluded as the donor of the DNA profile obtained from the epithelial fraction of the portion of the vaginal washings.

The DNA profile obtained from the sperm fraction of the portion of the vaginal washings was consistent with being a mixture of DNA from a minimum of two contributors. Priscilla Lefebure (Exhibit 1A) was an assumed contributor to this profile. Barrett Louis Boeker (Exhibit 2) can be excluded as a contributor to this profile.

Exhibit 2
A DNA profile was obtained from the reference sample from Barrett Louis Boeker.

The DNA profile obtained from Exhibit 2 has been entered into the Combined DNA Index System (CODIS).

The remaining portions of Exhibits 1A-1D and 2 were retained at the LSPCL. All other evidence will be returned to the submitting agency.

## Forensic Biology Evidence Screening Results

Exhibit 0001-01B: Two internal vaginal swabs and extract

AP: Positive  p30: Positive  Spermatozoa: Seen

Exhibit 0001-01C: One cervical swab/extract

AP: Positive  p30: Positive  Spermatozoa: Not Seen

Exhibit 0001-01D: Vaginal washings

AP: Positive  p30: Positive  Spermatozoa: Not Seen

---

Visual = Stains seen under normal lighting, ALS = Alternate Light Source for locating stains, AP = Acid Phosphatase - presumptive for seminal fluid, p30 = Prostate Specific Antigen - presumptive for seminal fluid, Spermatozoa = Microscopic examination for spermatozoa, PHE = Phenolphthalein - presumptive for blood, Hematrace = presumptive for blood

SIGNATURE

| Analysis Performed By: | Evidence Screening Performed By: | Evidence Screening Performed By: |
|---|---|---|
| *Marci C. Herndon* (signature) | *Caitlin Traylor* (signature) | *Kay K Babin* (signature) |
| Marci C. Herndon | Caitlin Traylor | Kay Kay Babin |
| Forensic Scientist | Forensic Scientist | Forensic Scientist |

---

Report ID: SP-008252-17-0001



376 East Airport Avenue, Baton Rouge, Louisiana 70806
Phone (225) 925-6216  Fax (225) 925-6217
An ASCLD/LAB-*International* Accredited Testing Laboratory

Analyst's Initials:  MCH
Page 2 of 3

ALI-162-T

LEF0094

Louisiana State Police Crime Laboratory Scientific Analysis Report, SP-008252-17 - Continued

In compliance with the Louisiana Code of Criminal Procedure Article 719 (A) and ASCLD/LAB-*International* accreditation standards, available at www.ascld-lab.org, (including the Quality Assurance Standards for Forensic DNA Testing Laboratories and DNA Databasing Laboratories, available at www.fbi.gov), conclusions and opinions in this lab report are based on the use of validated test methods following established procedures of this Laboratory by analysts who are trained, competent, qualified, and authorized to perform said tests, using all equipment required for the correct performance of these tests.

Report ID: SP-008252-17-0001



ALi-162-T

376 East Airport Avenue, Baton Rouge, Louisiana 70806
Phone (225) 925-6216  Fax (225) 925-6217
An ASCLD/LAB-*International* Accredited Testing Laboratory

Analyst's Initials: MCH
Page 3 of 3

LEF0095