UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRISCILLA LEFEBURE | CIVIL ACTION |
| VERSUS | |
| BARRETT BOEKER, ET AL. | NO. 17-01791-BAJ-EWD |

ORDER

IT IS ORDERED that Plaintiff's **Ex Parte Motion To Enroll Aaron J. Hurd as Additional Attorney (Doc. 308)** be and is hereby **GRANTED**, and Attorney Aaron J. Hurd be and is hereby **ENROLLED** as additional counsel of record for Plaintiff in the above-captioned matter.

Baton Rouge, Louisiana, this 3rd day of September, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA