UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1791-BAJ-EWD** |
| **BARRETT BOEKER, ET AL.** | |

### VIDEO SETTLEMENT CONFERENCE REPORT AND ORDER

A settlement conference was held via Zoom on September 5, 2024 before Magistrate Judge Erin Wilder-Doomes with the following participants:

| PARTICIPANTS: | Jack G. Rutherford | J. Arthur Smith, III |
|---|---|---|
| | Aaron J. Hurd | Michael J. Jefferson |
| | Counsel for Plaintiff, | Counsel for Defendant, |
| | Priscilla Lefebure | Barrett Boeker |
| | | |
| | **Priscilla Lefebure** | **Barrett Boeker** |
| | Plaintiff | Defendant |

The parties did not resolve the claims in this case after a reasonable period of negotiations, so the settlement conference was terminated. **IT IS ORDERED** that all deadlines in the scheduling order, as supplemented, remain in effect,[1] including the September 16, 2024 trial date, unless otherwise ordered.

Signed in Baton Rouge, Louisiana, on September 5, 2024.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Docs. 256, 287.

Cv33aT:2:36