✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Middle DISTRICT OF Louisiana

Lefebure

V.

Boeker

**EXHIBIT AND WITNESS LIST**

Case Number: 3:17-cv-01791

| PRESIDING JUDGE<br>Hon. Brian A. Jackson | PLAINTIFF'S ATTORNEY<br>Mr. Jack Rutherford | DEFENDANT'S ATTORNEY<br>Mr. J. Arthur Smith, III |
|---|---|---|
| TRIAL DATE (S)<br>9/16/24 - 9/19/24 | COURT REPORTER<br>Ms. Natalie Breaux | COURTROOM DEPUTY<br>Ms. Elizabeth Breda |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | D1 | 9/6/2024 | Yes |  | Court records pertaining to Plaintiff's request for a restraining order as to minor child, E.P (Bates No. CRIM 00018-22) |
|  | D2 | 9/6/2024 | Yes |  | Court records and evidence pertaining to Plaintiff's domestic abuse prceedings against Dylan Pizzolato, related to herseld and the minor child, E.P. (Bates No. CRIM 00023-47, 00055-60, PLF 0003-52) |
|  | D3 | 9/6/2024 | Yes |  | Texts from Helena Graham to Plaintiff (Bates No. PLF 00002) |
|  | D4 | 9/6/2024 | Yes |  | June 16, 2017 LSP sexual assault report as to Plaintiff and Boeker (Bates No. PLF 00062-65) |
|  | J1 | 9/6/2024 | Yes |  | December 8, 2016 Woman's Hospital sexual assault report. (Bates No. LEFEBURE(PL) 0066-72) |
|  | J2 | 9/6/2024 | Yes |  | November 13-21, 2016 Text messages between Aurielle Boeker and Plaintiff about Plaintiff coming to Boeker's home (Bates No. TXT 00046-50, 52) |
|  | J3 | 9/6/2024 | Yes |  | November 30th to December 15, 2016 text messages between Plaintiff and Aurielle Boeker (Bates No. TXT 00064-79) |
|  | J4 | 9/6/2024 | Yes |  | December 8, 2016 Sheriff's office incident report regarding November 30, 2016 and December 2, 2016 incidents. (Bates No. LEF0001-7) |
|  | J5 | 9/6/2024 | Yes |  | July 1, 2017 Sheriff's office incident report re sexual assault kit (Bates No. LEF0016-17) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages