# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **LOUISIANA**

PRISCILLA LEFEBURE

V.

BARRETT BOEKER, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number: 17-cv-01791-BAJ-EWD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Brian A. Jackson | Jack Griffith Rutherford | J. Arthur Smith, III |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/16/2024 - 9/19/2024 | Natalie Breaux | Elizabeth Breda |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P1 | | 9/16/2024 | Yes | | P's Certified Medical Records - Woman's Hospital 12/8/16 SANE exam - LEFEBURE(PL)001-50 |
| P2 | | 9/16/2024 | Yes | | Plaintiff's Certified Medical Records - Our Lady of the Lake - damages - LEFEBURE(PL)051-065 |
| P3 | | 9/16/2024 | Yes | | Plaintiff texts w her grandmother Helena Graham day of SANE exam - LEFEBURE(PL)0118-0124 |
| P4 | | 9/16/2024 | Yes | | Plaintiff texts w Helena Graham Jan-Mar 2017 re damages & impact - LEFEBURE(PL)0127-0132 |
| P5 | | 9/16/2024 | Yes | | Plaintiff texts Jan 2017 re damages & impact of assaults - LEFEBURE(PL)0125-0126 |
| P6 | | 9/16/2024 | Yes | | Plaintiff's notes and statement written near time of assaults - LEFEBURE(PL)0088-0097 & 100 |
| P7 | | 9/16/2024 | Yes | | Plaintiff records from PTSD treatment - LEFEBURE(PL)0133-0139 |
| P8 | | 9/16/2024 | Yes | | Plaintif Medical Bills from treatment with PCP - LEFEBURE(PL)0140-150 |
| P9 | | 9/16/2024 | Yes | | Plaintiff's bills and financial aid documents - damages - LEFEBURE(PL)0151-0155 |
| P10 | | 9/16/2024 | Yes | | Photographs of injuries from assaults/SANE exam - LEFEBURE0156-0176 |
| P11 | | 9/16/2024 | Yes | | Interview of Plaintiff on 12/9/2016; produced by former Defendant Daniel on all parties, no bates # |
| P12 | | 9/16/2024 | Yes | | Transcript of Plaintiff 12/9/2016 interview produced as Exhibit P-6 to Plaintiff Depo |
| P13 | | 9/16/2024 | Yes | | Plaintiff texts to Dylan Pizzolato asking for help after assault on December 3, 2016 - LEF0083-86 |
| P14 | | 9/16/2024 | Yes | | Dylan Pizzolato 3-page handwritten statement to WFPSO, Feb 2, 2017 - LEF0030-0032 |
| P15 | | 9/16/2024 | Yes | | Dylan Pizzolato 1-page handwritten statement, undated - LEFEBURE(PL)0073 |
| P16 | | 9/16/2024 | Yes | | Dec 20 2016 Incident Report WFPSO file#16-05747 - LEF008-015 |
| P17 | | 9/16/2024 | Yes | | July 11 2017 Incident Report WFPSO file#16-05747 - LEF018-019 |
| | | | | | |
| J1 | | 9/16/2024 | Yes | | Dec 8 2016 Sexual Assault Examination Form - Woman's Hosp - LEFEBURE(PL)0066-0072 |
| J2 | | 9/16/2024 | Yes | | Dec 8 2016 Incident Report WFPSO file#16-05747 - LEF001-007 |
| J3 | | 9/16/2024 | Yes | | July 10 2017 Incident Report WFPSO file#16-05747 - LEF016-017 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages