## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRISCILLA LEFEBURE** *Plaintiff,* | * * * | CIVIL ACTION NO. 3:17-cv-01791-BAJ-EWD |
| **VERSUS** | * * | |
| **BARRETT BOEKER, et al.** *Defendants.* | * * * * * | JUDGE BRIAN A. JACKSON MAGISTRATE JUDGE ERIN WILDER-DOOMES |

## MOTION TO ENROLL CO-COUNSEL OF RECORD FOR DEFENDANT

NOW INTO COURT, through the undersigned counsel comes Defendant, Barrett Boeker, who respectfully represents that he desires attorney Lexi T. Holinga of Hinshaw & Culbertson to be enrolled as his additional counsel in this matter, and that Lexi T. Holinga desires to enroll as co-counsel of record for Defendant, Barrett Boeker.

WHEREFORE, Defendant prays that this motion be granted and that attorney Lexi T. Holinga be enrolled as additional counsel of record for Defendant, Barrett Boeker.

Respectfully Submitted,

**SMITH LAW FIRM**

| | |
|---|---|
| */s/ Lexi T. Holinga* Lexi T. Holinga La. Bar Roll No. 30096 400 Convention Street, Ste. 1001 Baton Rouge, La 70802 Telephone (225) 333-3260 Email: LHolinga@hinshawlaw.com | */s/ J. Arthur Smith, III* J. Arthur Smith, III La. Bar Roll No. 07730 830 North Street Baton Rouge, La 70802 Telephone (225) 383-7716 Facsimile (225) 383-7773 Email: jasmith@jarthursmith.com |

-And-

Michael J. Jefferson
La. Bar Roll No. 22430
ATTORNEY AT LAW

P.O. Box 1906<br>
Baton Rouge, LA 70821-1906<br>
Tel. (225) 933-6663<br>
Email: mjefferson@mjjefferson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 12th day of September 2024.

                                      */s/ J. Arthur Smith, III*
                                        J. Arthur Smith, III