## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRISCILLA LEFEBURE** *Plaintiff,* | * * * | **CIVIL ACTION** **NO. 3:17-cv-01791-BAJ-EWD** |
| **VERSUS** | * * | |
| **BARRETT BOEKER, et al.** *Defendants.* | * * * * * | **JUDGE BRIAN A. JACKSON** **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## ORDER

CONSIDERING the foregoing Motion to Enroll Co-Counsel of Record for Defendant, Barrett Boeker;

IT IS HEREBY ORDERED that the motion is GRANTED and that attorney Lexi T. Holinga is enrolled as additional counsel of record for Defendant, Barrett Boeker.

Signed in Baton Rouge, Louisiana on this _____ day of _____, 2024.

_____
HON. BRIAN A. JACKSON
United States District Court
Middle District of Louisiana