**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| PRISCILLA LEFEBURE, *et al.* )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BARRETT BOEKER, *et al.* )<br>)<br>Defendants. )<br>) | Docket No.17-cv-1791-BAJ-EWD |

### *EX PARTE* MOTION TO ENROLL HEATHER C. FORD
### AS ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF PRISCILLA LEFEBURE

NOW INTO COURT, respectfully comes the undersigned, who moves pursuant to Local Rule 83(b)(14) that Heather C. Ford be enrolled as additional counsel of record for plaintiff in the above-captioned matter. In support of this motion, the undersigned states as follows:

1. Ms. Ford is an attorney in private practice in New Orleans. Ms. Ford is a member in good standing of the Louisiana State Bar and is admitted to appear before this honorable Court.

2. Ms. Ford's contact information is as follows:

> Heather C. Ford (La. Bar No. 31377)
> 1465 N. Broad Street, Ste #200
> New Orleans, LA 70119
> Phone: (504) 500-4722
> Fax: (504) 910-9883
> Email: heather@fordesq.com

3. Ms. Ford is familiar with the record in the above-captioned matter and the local rules of this Court.

4.        The undersigned, Jack Griffith Rutherford, shall remain enrolled as lead counsel for Plaintiff.

WHEREFORE, the undersigned respectfully requests that this Court grant the *Ex Parte* Motion to Enroll Heather C. Ford, of the Law Office of Heather C. Ford, as Additional Counsel of Record for the Plaintiff Priscilla Lefebure.

DATED:  September 13, 2024

                Respectfully submitted,

                */s/ Jack Griffith Rutherford*
                Jack Griffith Rutherford
                La. Bar No. 34968
                RUTHERFORD LAW, PC
                900 Camp. St., #3C8
                New Orleans, LA 70130
                Telephone: (415) 794-5639
                Email: jgr@rfordlaw.com

                *Attorney for Plaintiff Priscilla Lefebure*

**CERTIFICATE OF SERVICE**

I hereby certify that on this **13th day of September 2024**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for electronic service.

                */s/ Jack G. Rutherford*