UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRISCILLA LEFEBURE, *et al.* ) | |
| ) | |
| Plaintiff, ) | Docket No.17-cv-1791-BAJ-EWD |
| v. ) | |
| ) | |
| BARRETT BOEKER, *et al.* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Considering the foregoing *Ex Parte Motion to Enroll Heather C. Ford as Additional Counsel of Record* by Plaintiff's counsel, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the *Ex Parte Motion to Enroll Heather C. Ford as Additional Counsel of Record* is hereby GRANTED.

Heather C. Ford of the Law Office of Heather C. Ford, shall be and is hereby enrolled as additional counsel of record for Plaintiff Lefebure in the above-captioned matter.

Signed in Baton Rouge, Louisiana, on this _____ of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

1