UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | * <br> * <br> * | CIVIL ACTION <br><br> NO. 3:17-cv-01791-BAJ-EWD |
| **VERSUS** | * <br> * | |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | * <br> * <br> * <br> * <br> * | JUDGE BRIAN A. JACKSON <br><br> MAGISTRATE JUDGE <br> ERIN WILDER-DOOMES |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the above captioned matter has settled.

                                                            Respectfully Submitted,

                                                            **SMITH LAW FIRM**

| | |
|---|---|
| */s/ Lexi T. Holinga* <br> Lexi T. Holinga <br> La. Bar Roll No. 30096 <br> 400 Convention Street, Ste. 1001 <br> Baton Rouge, La 70802 <br> Telephone (225) 333-3260 <br> Email: LHolinga@hinshawlaw.com | */s/ J. Arthur Smith, III* <br> J. Arthur Smith, III <br> La. Bar Roll No. 07730 <br> 830 North Street <br> Baton Rouge, La 70802 <br> Telephone (225) 383-7716 <br> Facsimile (225) 383-7773 <br> Email: jasmith@jarthursmith.com <br><br> *-And-* <br><br> Michael J. Jefferson <br> La. Bar Roll No. 22430 <br> ATTORNEY AT LAW <br> P.O. Box 1906 <br> Baton Rouge, LA 70821-1906 <br> Tel. (225) 933-6663 <br> Email: mjefferson@mjjefferson.com |

2

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 15TH day of September 2024.

                         */s/ J. Arthur Smith, III*
                         J. Arthur Smith, III