UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA LEFEBURE**<br>*Plaintiff,* | **CIVIL ACTION NO. 3:17-cv-01791** |
| **VERSUS** | **DISTRICT JUDGE BRIAN A. JACKSON** |
| **BARRETT BOEKER, et al.**<br>*Defendants.* | **MAG. JUDGE ERIN WILDER-DOOMES** |

**PLAINTIFF LEFEBURE'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR JURY QUESTIONNAIRE**

**MAY IT PLEASE THE COURT:**

Please take notice that Plaintiff Priscilla Lefebure hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Rulings and Orders made final by settlement of her remaining claims—violation of 42 U.S.C. § 1983 and her Fourteenth Amendment right to be free from intrusion on her bodily integrity by the State and the attendant state law tort claims.

On March 31, 2023, this honorable Court granted Defendant Sheriff J. Austin Daniel's Rule 12(c) Motion for Judgment on the Pleadings (Rec. Doc. 130) and dismissed Plaintiff's individual official capacity section 1983 and 1985 claims against Sheriff Daniel for lack of subject matter jurisdiction. R.Doc.156.

Plaintiff noticed her appeal of the Court's March 2023 decision on April 21, 2023. R. Doc. 159.

On June 9, 2023, the Fifth Circuit Court of Appeals dismissed Plaintiff's appeal for want of jurisdiction because "the notice of appeal [was] filed before all claims and all parties were disposed of" and was, therefore, premature. R.Doc. 172.

On May 15, 2023, Defendant Barrett Boeker's State-provided counsel, Mr. Lee Ledet, filed a motion for summary judgment on the "§1983 and §1985 civil conspiracy claims." R.Doc. 163. Pursuant to order of this honorable Court, on August 31, 2023, Defendant Boeker filed an amended Motion for Summary Judgment to dismiss the §1983 and §1985 civil conspiracy claims, again through State-provided counsel, Mr. Lee Ledet. R.Doc. 199. Plaintiff opposed the motion for summary judgment on September 21, 2023. R.Docs. 201, 202. Boeker filed a Reply in support of his amended motion for summary judgment on October 5, 2023.

On October 11, 2023, in response to a motion to continue a set pre-trial conference by Mr. Boeker's newly enrolled private civil lawyers, the Court granted the continuance and ordered that the pending Motion for Summary Judgment be terminated without prejudice to refiling after Plaintiff amended her complaint. R.Doc. 209.

Plaintiff filed a second amended complaint on October 18, 2023, adding a sixth cause of action for violation of 42 U.S.C. § 1983 and her Fourteenth Amendment right to bodily integrity as expressed in the Fifth Circuit's 2022 ruling in *Tyson v. Sabine*, 42 F.4th 508 (5th Cir. 2022). Boeker answered Plaintiff's Second Amended Complaint through State-provided counsel for the conspiracy claims on November 1, 2023.

On November 13, 2023, State-provided counsel filed a Motion for Judgment on the Pleadings, again claiming that Boeker was entitled to the same protections as former defendants the District Attorney and the Sheriff of West Feliciana Parish. Defendant also argued that because Lefebure "cannot establish that Sheriff Daniel or DA D'Aquilla (Boeker's alleged co-conspirators) deprived her of her Fourteenth Amendment equal protection or due process rights in furtherance of the alleged conspiracy…. the § 1983 conspiracy claim against Boeker fails and must be dismissed." R.Doc. 220-1, p. 6.

Plaintiff opposed Defendant Boeker's Motion for Judgment on the Pleadings on December 18, 2023. R.Doc. 232. Defendant Boeker's Reply in Support was filed on December 29, 2023. R.Doc. 233.

On March 8, 2024, Boeker, again through State-provided counsel Mr. Lee Ledet, filed the same motion for summary judgment which has previously been terminated without prejudice by the Court. R.Doc. 242. Plaintiff filed her response and objections to the motion on April 19, 2024. R.Doc. 252. Defendant's reply was filed by Mr. Ledet on May 3, 2024.

On June 11, 2024, this honorable Court granted Boeker's Motion for Judgment on the Pleadings (R.Doc. 220) and denied as moot his renewed Motion for Summary Judgment (R.Doc. 242). R.Doc. 257, June 11, 2024, Ruling and Order.

On May 13, 2024, the Court set the remaining claims against Defendant Boeker for trial, to start September 16, 2024.

On September 15, 2024, just after 5:00 p.m., the parties settled the remaining claims against Mr. Boeker, §1983 violation of bodily integrity and attendant state law tort claims. R.Docs. 324, 325. The action was dismissed on September 16, with the parties having sixty days, or until November 17, 2024, to perfect the settlement. R.Doc. 326. Upon perfection, the parties will file a joint notice of settlement.

Plaintiff Lefebure hereby appeals the Court's rulings dismissing the claims against Sheriff Daniel, R.Doc. 156, and dismissing the civil conspiracy claims against Barrett Boeker, R.Doc. 257.

Dated: September 27, 2024            */s/ Jack Griffith Rutherford*
                                                                        Jack G. Rutherford, Bar No. 34968
                                                                        RUTHERFORD LAW
                                                                         900 Camp St., #3C8
                                                                         New Orleans, LA 70130

>jgr@rfordlaw.com
>Counsel for Plaintiff-Appellant Priscilla Lefebure

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2024 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for electronic service.

>*/s/ Jack Griffith Rutherford*