# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 12, 2024

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

      No. 24-30623   Lefebure v. Boeker
                        USDC No. 3:17-CV-1791

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Christy M. Combel, Deputy Clerk
                            504-310-7651

cc:
    Mr. Blake Joseph Arcuri
    Mr. Lee J. Ledet
    Mr. Jack Griffith Rutherford
    Mr. Joseph Arthur Smith III

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2024
Lyle W. Cayce
Clerk

No. 24-30623

PRISCILLA LEFEBURE, *an individual*,

*Plaintiff—Appellant*,

*versus*

BARRETT BOEKER, *Representing himself on personal liability claims, Assistant Warden Louisiana State Penitentiary, individually and in his official capacity*; J. AUSTIN DANIEL, *Sheriff, West Feliciana Parish*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:17-CV-1791

_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 12, 2024, for want of prosecution. The appellant failed to timely file a transcript order form.

No. 24-30623

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Christy Combel*
    _____
    Christy M. Combel, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2